**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Van C. Jacobs fdba Jacobs Trucking, aka Vance C. Jacobs | CHAPTER 13 |
| & | BKY. NO. 17-24995 CMB |
| Phyllis E. Jacobs | |
| Debtor(s) | |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Toyota Motor Credit Corporation and index same on the master mailing list.

                                       Respectfully submitted,

                                       **/s/ James C. Warmbrodt, Esquire**
                                       James C. Warmbrodt, Esquire
                                       jwarmbrodt@kmllawgroup.com
                                       Attorney I.D. No. 42524
                                       KML Law Group, P.C.
                                       701 Market Street, Suite 5000
                                       Philadelphia, PA 19106
                                       Phone: (215)-627-1322

                                       Attorney for Movant/Applicant