Case 17-24995-CMB    Doc 39    Filed 02/09/18    Entered 02/09/18 08:49:46    Desc Main
Document    Page 1 of 1

MINUTES OF CHAPTER 13 § 341(a) MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

FILED
2/9/18 8:49 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Case Name: __Jacobs__  JAD/TPA/(CMB)/GLT

Case Number: __17-24995__

Date of Meeting: __2/5/18__   Recording # __23__

Debtor(s) present __✓__ or Not Present ___ (__ No Payments Made or __ partial payments)

Attorney for debtor(s) __White__   (Present __✓__ or Not Present ___)

Date of Plan at § 341: __2/1/18__   Applicable commitment period __✓__ 3 yrs __ 5 yrs

Reap Lord for Capital one Auto

Debtor hired atty for PI case — said its dormant — listed in schedules will not be pursued

___ Meeting HELD and CONCLUDED
___ Meeting HELD but CONTINUED (not closed)
___ Meeting NOT HELD
         ___ Order to Show Cause Requested
         ___ To be rescheduled by Clerk

___ Confirmation Order recommended  ___ Final  ___ Interim
___ Amended Plan due:_____; Objections due:_____

___ Trustee recommends dismissal of the case (Debtor consents)
___ Trustee recommends dismissal of the case (Debtor does not consent)*
___ Trustee recommends dismissal of the case (Debtor has no defense)
___ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
__✓__ Continued to:
      ___ 341 Meeting, OR  __✓__ Conciliation Conf OR ___ *Contested Hearing
On __3/15/18__ at __11:30__ am/pm Location _____

Set for early conciliation for service at 2/5/18 plan. will consider 2/5/18 plan at continued date

Chapter 13 Trustee/Attorney for Trustee