Form 202

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Van C. Jacobs
aka Vance C. Jacobs, fdba Jacobs Trucking
Phyllis E. Jacobs**
   Debtor(s)

Bankruptcy Case No.: 17−24995−CMB

Chapter: 13
Docket No.: 41 − 37
Concil. Conf.: March 15, 2018 at 11:30 AM

**ORDER SCHEDULING DATES FOR HEARING ON
AND OBJECTION TO AMENDED PLAN DATED February 5, 2018**

    **IT IS HEREBY ORDERED** that the Debtor(s) shall *immediately* serve a copy of this order and the "Amended Chapter 13 Plan" on the Chapter 13 Trustee and all parties in interest and complete and file the enclosed Certificate of Service with the Clerk of the Bankruptcy Court.

    *On or before March 1, 2018,* all Objections must be filed and served on the Debtor, Chapter 13 Trustee, and any creditor whose claim is the subject of the Objection. *Objections which are not timely filed will not be considered.*

    *On March 15, 2018 at 11:30 AM,* a Conciliation Conference shall occur with the Chapter 13 Trustee on the Debtor's Amended Chapter 13 Plan at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

    If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

Dated: February 9, 2018

Carlota M. Böhm, Judge
United States Bankruptcy Court

cm: Proponent of the Amended Plan

```
                        United States Bankruptcy Court
                        Western District of Pennsylvania
```

In re:                                                              Case No. 17-24995-CMB
Van C. Jacobs                                                       Chapter 13
Phyllis E. Jacobs
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: jhel              Page 1 of 1           Date Rcvd: Feb 09, 2018
                              Form ID: 202            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2018.
db/jdb         +Van C. Jacobs,   Phyllis E. Jacobs,   109 Braddock Road,   Smithfield, PA 15478-1202

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2018                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2018 at the address(es) listed below:
              Daniel R. White    on behalf of Joint Debtor Phyllis E. Jacobs dwhite@zeblaw.com,
               gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
              Daniel R. White    on behalf of Debtor Van C. Jacobs dwhite@zeblaw.com,
               gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
              James  Warmbrodt     on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              Jerome B. Blank    on behalf of Creditor    The Bank Of New York Mellon et al pawb@fedphe.com
              Laurence A. Mester    on behalf of Creditor    Capital One Auto Finance lmester@mesterschwartz.com,
               jottinger@mesterschwartz.com;jschwartz@mesterschwartz.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Thomas  Song    on behalf of Creditor    The Bank Of New York Mellon et al pawb@fedphe.com
                                                                                             TOTAL: 8