IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 17-24995 CMB |
| | : | |
| Van C. Jacobs aka Vance C. Jacobs, fdba | : | Chapter 13 |
| Jacobs Trucking, and Phyllis E. Jacobs, | : | |
| | : | Document No. |
| Debtor/s. | : | |
| | : | |
| Van C. Jacobs aka Vance C. Jacobs, fdba | : | |
| Jacobs Trucking, and Phyllis E. Jacobs,, | : | |
| | : | |
| Movant/s, | : | |
| | : | |
| vs. | : | |

No Respondents.

AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s), or statement(s) are transmitted herewith:

\_\_\_    Voluntary Petition *Specify reason for amendment:*

Official Form 6 Schedules (Itemization of Changes Must Be Specified)
\_\_\_    Summary of Schedules
\_\_\_    Schedule A/B - Property
\_\_\_    Schedule C - Property Claimed as Exempt
  **X**    Schedule D - Creditors Holding Secured Claims
        Check one:
              **X**    Creditor(s)  added (Submit electronically w/amendment) (Added
                     Toyota Motor Credit Corporation)
              \_\_\_    No creditor(s) added
              \_\_\_    Creditor(s) deleted
\_\_\_    Schedule E/F - Creditors Holding Unsecured Claims
        Check one:
              \_\_\_    Creditor(s) added (Submit electronically w/amendment)
              \_\_\_    No creditor(s) added
              \_\_\_    Creditor(s) deleted
\_\_\_    Schedule G - Executory Contracts and Unexpired Leases
        Check one:
              \_\_\_    Creditor(s) added (Submit electronically w/amendment)
              \_\_\_    No creditor(s) added
              \_\_\_    Creditor(s) deleted
\_\_\_    Schedule H - Codebtors
\_\_\_    Schedule I - Current Income of Individual Debtor(s)
\_\_\_    Schedule J - Current Expenditures of Individual Debtor(s)
\_\_\_    Statement of Financial Affairs
\_\_\_    Chapter 7 Individual Debtor's Statement of Intentions

\_\_\_   Chapter 11 List of Equity Security Holders
\_\_\_   Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims
\_\_\_   Disclosure of Compensation of Attorney for Debtor(s)
\_\_\_   Other: _____

NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Fed.R.Bankr.P. 1009(a) and Local Rule 1009-1, I certify that notice of the filing of the amendment(s) checked above has been given this date to the U.S. Trustee, the trustee in this case, and to entities affected by the amendment(s) as follows: **Clerk's Mailing Matrix**

Date: February 20, 2018

/s/ Daniel R. White
      Daniel R. White
      PA I.D. No. 78718
      Zebley Mehalov & White, P.C.
      P. O. Box 2123
      Uniontown, PA 15401
      Email: dwhite@Zeblaw.com
      (724) 439-9200

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Van C. Jacobs** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Phyllis E. Jacobs** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF PENNSYLVANIA |
| Case number | **17-24995 CMB** |
| (if known) | |

■ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

  ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

  ■ Yes. Fill in all of the information below.

| Part 1: | List All Secured Claims |
|---|---|

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion** If any |
| **2.1** **Aaron's Sales & Lease Ownership** <br> Creditor's Name | Describe the property that secures the claim: <br> **Stove and refrigerator** | $1,761.00 | $400.00 | $1,361.00 |

**575 Morgantown Road**
**Uniontown, PA 15401**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Rent-to-own**

Date debt was incurred   **7/2015**          Last 4 digits of account number   **0407**

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| **2.2** **Caliber Home Loans** <br> Creditor's Name | Describe the property that secures the claim: <br> **Residence @ 109 Braddock Road, Smithfield, PA.** | $99,831.83 | $75,000.00 | $24,831.83 |

**P.O. Box 24610**
**Oklahoma City, OK 73124-0610**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **First mortgage**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | **Van C. Jacobs** | | | Case number (if know) | **17-24995 CMB** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Phyllis E. Jacobs** | | | | |
| | First Name | Middle Name | Last Name | | |

**Opened**

| Date debt was incurred | **4/7/00** | Last 4 digits of account number | **8727** |
|---|---|---|---|

---

| 2.3 | **Capital One Auto Finance** | | $23,000.00 | $15,000.00 | $8,000.00 |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

**2011 Chevy Silverado pickup truck**

**9441 LBJ Freeway--Suite 350**
**Dallas, TX 75243**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset)    **Purchase money security interest**

| Date debt was incurred | **8/13** | Last 4 digits of account number | **5580** |
|---|---|---|---|

---

| 2.4 | **Equity One** | | $0.00 | $75,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

**Residence @ 109 Braddock Road, Smithfield, PA.**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset)    **Second mortgage--refinanced but never satisfied of record**

| Date debt was incurred | **7/26/03** | Last 4 digits of account number | **2872,2136** |
|---|---|---|---|

---

| 2.5 | **PRA Receivables Management, LLC** | | $51,493.99 | $75,000.00 | $51,493.99 |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

**Residence, a 3 bedroom, 2 bath double-wide modular home w/2 car attached garage situate on .28 of an acre @ 109 Braddock Road, Smithfield, PA.**

**P.O. Box 12914**
**Norfolk, VA 23541**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit

---

Official Form 106D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 2 of 3

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **Van C. Jacobs** | | | Case number (if know) | **17-24995 CMB** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Phyllis E. Jacobs** | | | | |
| | First Name | Middle Name | Last Name | | |

☐ **Check if this claim relates to a community debt**   ■ Other (including a right to offset)   **Third mortgage**

**Date debt was incurred   6/11/04**      **Last 4 digits of account number   1107**

---

| 2.6 | **Toyota Motor Credit Corporation** | | $35,890.60 | $35,000.00 | $890.60 |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

> **2016 Toyota 4Runner**
> **Location: 109 Braddock Road, Smithfield PA 15478**

**P.O. Box 9013**
**Addison, TX 75001**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Purchase money security interest**

**Date debt was incurred   11/11/2017**      **Last 4 digits of account number   0803**

---

| Add the dollar value of your entries in Column A on this page. Write that number here: | $211,977.42 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $211,977.42 |

| **Part 2:** | **List Others to Be Notified for a Debt That You Already Listed** |
|---|---|

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐

Name, Number, Street, City, State & Zip Code
**National Capital Management, LLC**
**P.O. Box 12786**
**Norfolk, VA 23541**

On which line in Part 1 did you enter the creditor?   **2.5**

Last 4 digits of account number ___

---

☐

Name, Number, Street, City, State & Zip Code
**Mark J. Udren & Associates**
**Woodcrest Corporate Center**
**111 Woodcrest Road, Suite 200**
**Cherry Hill, NJ 08003-3620**

On which line in Part 1 did you enter the creditor?   **2.2**

Last 4 digits of account number ___

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy