# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Bk. No. 17-24995-CMB |
| | ) | |
| VAN C. JACOBS, | ) | |
| f/d/b/a JACOBS TRUCKING, | ) | |
| a/k/a VANCE C. JACOBS, | ) | |
| and PHYLLIS E. JACOBS, | ) | Related to Document No. 32 |
| | ) | |
| Debtors | ) | Chapter 13 |
| _____ | ) | |
| | ) | |
| CAPITAL ONE AUTO FINANCE, | ) | |
| A DIVISION OF CAPITAL ONE N.A., | ) | **HEARING DATE**: |
| Movant | ) | Thursday, March 15, 2018 |
| vs. | ) | 11:00 a.m. |
| VAN C. JACOBS, | ) | |
| f/d/b/a JACOBS TRUCKING, | ) | |
| a/k/a VANCE C. JACOBS, | ) | |
| and PHYLLIS E. JACOBS, | ) | **LOCATION**: |
| Respondents | ) | U.S. Bankruptcy Court |
| | ) | 3251 U.S. Steel Tower |
| and | ) | 600 Grant Street |
| RONDA J. WINNECOUR, | ) | Pittsburgh, PA |
| Trustee. | ) | |

### CONSENT ORDER RESOLVING CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ONE, N.A.'S OBJECTION TO CONFIRMATION

IT IS HEREBY CONSENTED by and between Capital One Auto Finance, a Division of Capital One N.A., its assignees and/or successors in interest ("COAF"), through its retained counsel, Laurence A. Mester, Esquire, and Van C. Jacobs and Phyllis E. Jacobs, through her counsel, Daniel R. White, Esquire, as follows:

1. The value of the Vehicle to be paid through the Plan is $16,500.00.

2. The value of the Vehicle shall be paid through the Plan at 6.00% for sixty (60) months. COAF shall have a total secured claim in that amount.

3. The balance of any claim shall be a general unsecured claim.

4. The terms of this Order shall be incorporated by reference into any confirmed plan.

5. This agreement is only binding upon the parties in this instant Chapter 13 case. If not paid full within this instant Chapter 13 case due to dismissal or conversion, this agreement is not binding upon the parties.

6. A faxed signature shall be treated as an original signature for purposes of this Stipulation.

                              Respectfully submitted,

Dated: 3/9/18

                              MESTER & SCHWARTZ, P.C.

                              /s/ Laurence A. Mester
                              Laurence A. Mester, Esquire
                              Attorney for Creditor
                              1333 Race Street
                              Philadelphia, PA 19107
                              Telephone (267) 909-9036
                              Facsimile (215) 665-1393
                              E-Mail:lmester@mesterschwartz.com
                              PA Atty I.D. 79184

Dated: 3/9/18

                              ZEBLEY MEHALOV & WHITE, P.C.

                              /s/ Daniel R. White
                              Daniel R. White, Esquire
                              Attorney for Debtor
                              18 Mill Street Square
                              P.O. Box 2123
                              Uniontown, PA 15401
                              Telephone: (724) 439-9200
                              Facsimile : (724) 439-8435
                              Email: dwhite@zeblaw.com
                              PA Atty I.D. 78718

DATED:  3/14/18          /s/ Jana Pail
                                    Jana Pail, Esq.
                                    Attorney for Chapter 13 Trustee
                                    Suite 3250, USX Tower
                                    600 Grant Street
                                    Pittsburgh, PA 15219
                                    (412) 471-5566
                                    jpail@chapter13trusteewdpa.com
                                    PA Atty I.D. 88910

**IT IS SO ORDERED**

_____
HON. CARLOTA M. BOHM
BANKRUPTCY JUDGE