**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 17-24995-CMB |
| | : | Chapter 13 |
| VAN C. JACOBS f/d/b/a JACOBS TRUCKING | : | Related to Document No. 21 |
| a/k/a VANCE C. JACOBS and PHYLLIS E. JACOBS, | : | Hearing Date & Time: March 15, 2018, 11:00 a.m. |
| Debtors. | : | |
| -------------------------------------------------------- | : | |
| VAN C. JACOBS f/d/b/a JACOBS TRUCKING | : | |
| a/k/a VANCE C. JACOBS and PHYLLIS E. JACOBS, | : | |
| Movant, | : | |
| vs. | : | |
| | : | |
| CAPITAL ONE AUTO FINANCE, | : | |
| A DIVISION OF CAPITAL ONE N.A. | : | |
| Respondent | : | |

**SETTLEMENT AND CERTIFICATION OF COUNSEL REGARDING**
**OBJECTIONS BY CAPITAL ONE AUTO FINANCE TO CONFIRMATION OF CHAPTER 13 PLAN**

The undersigned hereby certifies that agreement has been reached with the Movant(s) regarding the Objections by Capital One Auto Finance to Confirmation of Chapter 13 Plan filed on January 18, 2018. (State "None" if no prior Motion or Application.)

The signature requirements of W.PA.LBR 5005-6 have been followed in obtaining the agreement of all parties and is reflected in the attached document.

The undersigned further certifies that:

☐ An agreed order and a black-lined version showing the changes made to the order originally filed with the court as an attachment to the motion is attached to this Certificate of Counsel. Deletions are signified by a line in the middle of the original text (strikeout) and additions are signified by text in italics. It is respectfully requested that the attached order be entered by the Court.

☐ No other order has been filed pertaining to the subject matter of this agreement.

☐ The attached document does not require a proposed order.

Dated:   March 14, 2018              By:   /s/ Laurence A. Mester
                                           Signature

                                           Laurence A. Mester
                                           Typed Name

                                           1333 Race St., Philadelphia, PA 19107
                                           Address

                                           (267) 909-9036
                                           Phone No.

                                           PA I.D. 79184
                                           List Bar I.D. and State of Admission

**PAWB Local Form 26 (07/13)**