# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | Bk. No. 17-24995-CMB |
| ) | |
| VAN C. JACOBS, ) | |
| f/d/b/a JACOBS TRUCKING, ) | |
| a/k/a VANCE C. JACOBS, ) | |
| and PHYLLIS E. JACOBS, ) | Related to Document No. 32 , 51 |
| ) | |
| Debtors ) | Chapter 13 |
| ) | |
| CAPITAL ONE AUTO FINANCE, ) | |
| A DIVISION OF CAPITAL ONE N.A., ) | **HEARING DATE**: |
| Movant ) | Thursday, March 15, 2018 |
| vs. ) | 11:00 a.m. |
| VAN C. JACOBS, ) | |
| f/d/b/a JACOBS TRUCKING, ) | |
| a/k/a VANCE C. JACOBS, ) | |
| and PHYLLIS E. JACOBS, ) | **LOCATION**: |
| Respondents ) | U.S. Bankruptcy Court |
| ) | 3251 U.S. Steel Tower |
| and ) | 600 Grant Street |
| RONDA J. WINNECOUR, ) | Pittsburgh, PA |
| Trustee. ) | |

## CONSENT ORDER RESOLVING CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ONE, N.A.'S OBJECTION TO CONFIRMATION

IT IS HEREBY CONSENTED by and between Capital One Auto Finance, a Division of Capital One N.A., its assignees and/or successors in interest ("COAF"), through its retained counsel, Laurence A. Mester, Esquire, and Van C. Jacobs and Phyllis E. Jacobs, through her counsel, Daniel R. White, Esquire, as follows:

1. The value of the Vehicle to be paid through the Plan is $16,500.00.

2. The value of the Vehicle shall be paid through the Plan at 6.00% for sixty (60) months. COAF shall have a total secured claim in that amount.

3. The balance of any claim shall be a general unsecured claim.

4. The terms of this Order shall be incorporated by reference into any confirmed plan.

5. This agreement is only binding upon the parties in this instant Chapter 13 case. If not paid full within this instant Chapter 13 case due to dismissal or conversion, this agreement is not binding upon the parties.

6. A faxed signature shall be treated as an original signature for purposes of this Stipulation.

Respectfully submitted,

Dated: 3/9/18

MESTER & SCHWARTZ, P.C.

/s/ Laurence A. Mester
Laurence A. Mester, Esquire
Attorney for Creditor
1333 Race Street
Philadelphia, PA 19107
Telephone (267) 909-9036
Facsimile (215) 665-1393
E-Mail:lmester@mesterschwartz.com
PA Atty I.D. 79184

Dated: 3/9/18

ZEBLEY MEHALOV & WHITE, P.C.

/s/ Daniel R. White
Daniel R. White, Esquire
Attorney for Debtor
18 Mill Street Square
P.O. Box 2123
Uniontown, PA 15401
Telephone: (724) 439-9200
Facsimile : (724) 439-8435
Email: dwhite@zeblaw.com
PA Atty I.D. 78718

DATED: 3/14/18          /s/ Jana Pail
Jana Pail, Esq.
Attorney for Chapter 13 Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
(412) 471-5566
jpail@chapter13trusteewdpa.com
PA Atty I.D. 88910

**IT IS SO ORDERED**

_/s/ Carlota M. Bohm_
HON. CARLOTA M. BOHM
BANKRUPTCY JUDGE

FILED
3/19/18 3:25 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 17-24995-CMB
Van C. Jacobs                                                                   Chapter 13
Phyllis E. Jacobs
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2            User: dric                  Page 1 of 1                    Date Rcvd: Mar 19, 2018
                                Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 21, 2018.
db/jdb         +Van C. Jacobs,    Phyllis E. Jacobs,    109 Braddock Road,    Smithfield, PA 15478-1202

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 19, 2018 at the address(es) listed below:
          Daniel R. White    on behalf of Joint Debtor Phyllis E. Jacobs dwhite@zeblaw.com,
           gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
          Daniel R. White    on behalf of Plaintiff Phyllis E. Jacobs dwhite@zeblaw.com,
           gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
          Daniel R. White    on behalf of Debtor Van C. Jacobs dwhite@zeblaw.com,
           gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
          Daniel R. White    on behalf of Plaintiff Van C. Jacobs dwhite@zeblaw.com,
           gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
          James   Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
          Jerome B. Blank    on behalf of Creditor    The Bank Of New York Mellon et al pawb@fedphe.com
          Kevin M Buttery    on behalf of Creditor    The Bank Of New York Mellon et al kbuttery@rascrane.com
          Laurence A. Mester    on behalf of Creditor    Capital One Auto Finance lmester@mesterschwartz.com,
           jottinger@mesterschwartz.com;jschwartz@mesterschwartz.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Thomas   Song    on behalf of Creditor    The Bank Of New York Mellon et al pawb@fedphe.com
                                                                                             TOTAL: 11