Form 149

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Van C. Jacobs
aka Vance C. Jacobs, fdba Jacobs Trucking
Phyllis E. Jacobs**
   Debtor(s)

Bankruptcy Case No.: 17–24995–CMB
Issued Per Mar. 15, 2018 Proceeding
Chapter: 13
Docket No.: 54 – 37, 41
Concil. Conf.: June 21, 2018 at 11:00 AM

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED
AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

    IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated February 5, 2018 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☑ A.   For the remainder of the Plan term, the periodic Plan payment is amended to be $3,220 as of April 2018. Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐ B.   The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☑ C.   Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on Jun. 21, 2018 at 11:00 AM, in 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☑ D.   Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☑ E.   The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F.   shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☑ G.   The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: The Bank of New York Mellon at Claim No. 5 .

☑ H.   Additional Terms: The claim of The Bank of New York Mellon at Claim No. 5 notice of post–petition mortgage fees, expenses and charges in amounts of $350 and $600 are to be paid after objection deadline, if no objection filed or objection filed and overruled.
The claim of Capital One Auto Finance at Claim No. 4 shall be paid $16,500 at 6 percent interest pending court approval of stipulation filed March 14, 2018.

*(2.)    IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.    Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.    Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.    Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.    Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.    Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*  **IT IS FURTHER ORDERED THAT:**

**A.** After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.** Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.** Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty−one (21) days prior to the change taking effect.

**D.** Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016−1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.** The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre−confirmation defaults in any subsequent motion to dismiss.

**F.** In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

Dated: March 20, 2018

Carlota M. Böhm, Judge
United States Bankruptcy Court

cc: All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 17-24995-CMB
Van C. Jacobs                                                           Chapter 13
Phyllis E. Jacobs
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: jhel                 Page 1 of 4              Date Rcvd: Mar 20, 2018
                              Form ID: 149               Total Noticed: 140

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 22, 2018.
```
db/jdb         +Van C. Jacobs,    Phyllis E. Jacobs,   109 Braddock Road,    Smithfield, PA 15478-1202
14744593      ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
               (address filed with court:   AmeriCredit Bankruptcy Department,     P.O. Box 183853,
                 Arlington, TX 76096-3853)
14744588       +Aaron's Sales & Lease Ownership,    575 Morgantown Road,    Uniontown, PA 15401-5419
14744590       #Accounts Receivable Management, Inc.,     P.O. Box 129,    Thorofare, NJ 08086-0129
14744592        Allegheny General Hospital,    P.O. Box 644662,    Pittsburgh, PA 15264-4662
14744594        Ameripath Pittsburgh, PC,    P.O. Box 531029,    Atlanta, GA 30353-1029
14744595        Arrow Financial Services,    5996 West Touhy Avenue,    Niles, IL 60714-4610
14744597        Atlantic Broadband,    120 Southmont Boulevard,    Johnstown, PA 15905-4291
14744598       +Audio Service Plus,    Jenkins Service,   865 Morgantown Street,    Point Marion, PA 15474-1273
14744600        Beneficial,    P.O. Box 4153-K,    Carol Stream, IL 60197-4153
14744603      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court:   Capital One,    c/o TSYS Total Debt Management,    P.O. Box 5155,
                 Norcross, GA 30091)
14744607        CBCS,    P.O. Box 163250,    Columbus, OH 43216-3250
14744676      ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
                 WILMINGTON DE 19801-2920
               (address filed with court:   Providian,    P.O. Box 660509,    Dallas, TX 75266-0509)
14744602        Caliber Home Loans,    P.O. Box 24610,    Oklahoma City, OK 73124-0610
14744604       +Capital One Auto Finance,    9441 LBJ Freeway--Suite 350,    Dallas, TX 75243-4545
14744605        Capital One, N.A.,    by American InfoSource LP as agent,     P.O. Box 71083,
                 Charlotte, NC 28272-1083
14744606       +Carol Wright Gifts,    1112 7th Avenue,    Monroe, WI 53566-1364
14744608       +Center Independent Oil Company,    407 Rowes Run Road,    Smock, PA 15480-1009
14744609       +Christenson Transportation, Inc.,     2001 West Old Route 66,    Strafford, MO 65757-7422
14744610       +Cintas,    P.O. Box 625737,    Cincinnati, OH 45262-5737
14744611       +Citgo Oil,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
14744612       +Citi Card,    P.O. Box 6500,    Sioux Falls, SD 57117-6500
14744613       +Clar-Mac Sales,    200 Penn Street,   P.O. Box 157,    Point Marion, PA 15474-0157
14744614       +Collection Service Center, Inc.,    P.O. Box 2060,    Fairmont, WV 26555-2060
14744615       +Communications Recovery Bureau,    3770 East Desert Inn Road,    Suite 305,
                 Las Vegas, NV 89121-3339
14744617        CorEvolution,    7850 Runnfer Avenue,    Van Nuys, CA 91406
14744616       +Cordia Communications Corp.,    13275 West Colonial Drive,    Winter Garden, FL 34787-3984
14744621       +Credit Collections, USA,    16 Distributor Drive--Suite 1,    Morgantown, WV 26501-0121
14744623        Credit Protection Association,    P.O. Box 802068,    Dallas, TX 75380-2068
14744624      #+Deily, Mooney & Glastetter,    8 Thurlow Terrace,    Albany, NY 12203-1006
14744626       +Diversified Collections, Inc.,    1165 Garden Street,    P.O. Box 200,
                 Greensburg, PA 15601-0200
14744629       +Ethan & Assocaites,    399 Asbury Drive,    Mandeville, LA 70471-3461
14744630        Fayette Physician Network,    P.O. Box 371980,    Pittsburgh, PA 15250-7980
14744631       +Fayette Tire,    350 Pittsburgh Street,    Uniontown, PA 15401-2358
14744632        First Premier Bank,    P.O. Box 5524,    Sioux Falls, SD 57117-5524
14744633        Foundation Radiology Group, PC,    75 Remittance Drive #3310,    Chicago, IL 60675-1001
14744637       +GNS, Inc.,    6452 Fig Street--Suite A,    Arvada, CO 80004-1060
14744636        Glenn Associates Md-Atlantic, Inc.,    P.O. Box 159,    Laurel, MD 20725-0159
14744638       +Guardian Protection Services,    174 Thorn Hill Road,    Warrendale, PA 15086-7528
14744640       +HSBC Card Services,    P.O. Box 80084,    Salinas, CA 93912-0084
14744639       +Hartford Insurance Co.,    One Hartford Plaza,    Hartford, CT 06155-0001
14744641       +Hunter's Truck Sales & Service,    519 Pittsburgh Road,    Butler, PA 16002-7693
14744642       +Imperial A.I. Credit Companies,    101 Hudson Street,    Jersey City, NJ 07302-3993
14744643       +Inland Empire Industrial Supply,    12741 Magnolia Avenue--Suite 100,    Riverside, CA 92503-4682
14744713       +Joseph Yonko and Lolita Sharp,    135 Marie Drive,    Uniontown, PA 15401-9063
14744646        La Chapelle Credit Service, Inc.,    P.O. Box 1653,    Green Bay, WI 54305-1653
14744647       +Lamont, Hanley & Associates, Inc.,    1138 Elm Street,    Manchester, NH 03101-1531
14744648        Laurel Medical Imaging Associates,    122 Bitner Road,    Uniontown, PA 15401-6202
14744652       +M.T.S. Truck Repair,    P.O. Box 78,    Smithfield, PA 15478-0078
14744659      ++MARLIN MEDCLR INOVISION,    507 PRUDENTIAL ROAD,    HORSHAM PA 19044-2308
               (address filed with court:   NCO Financial Systems, Inc.,     P.O. Box 8148,
                 Philadelphia, PA 19101-8148)
14744634       +Malcolm S. Gerald and Associates,    332 South Michigan Avenue--Suite 600,
                 Chicago, IL 60604-4318
14744696        Mark J. Udren & Associates,    Woodcrest Corporate Center,    111 Woodcrest Road, Suite 200,
                 Cherry Hill, NJ 08003-3620
14744653       +Mason Easy-Pay,    1251 First Avenue,    Chippewa Falls, WI 54774-9998
14744655       +Meyersdale Truck Service & Brokerage,    P.O. Box 91,    Meyersdale, PA 15552-0091
14744657       +Monongalia General Hospital,    1200 JD Anderson Drive,    Morgantown, WV 26505-3486
14744658       +Morgantown Internal Medicine Group,    300 Wedgewood Drive,    Morgantown, WV 26505-2494
14744660        NCO Financial Systems, Inc.,    P.O. Box 41593,    Philadelphia, PA 19101-1593
14755665       +National Capital Management, Inc.,    P.O. Box 12786,    Norfolk, VA 23541-0786
14744661       +Northern Tool + Equipment,    2800 Southcross Drive West,    Burnsville, MN 55306-6936
14744662        Orchard Bank,    HSBC Card Services,    P.O. Box 80084,    Salinas, CA 93912-0084
```

```
District/off: 0315-2                   User: jhel                    Page 2 of 4                    Date Rcvd: Mar 20, 2018
                                       Form ID: 149                  Total Noticed: 140

14744663      +Overall Supply, Inc.,    Lighting/Chemical Division,    823 East Gate Drive, Unit #2,
               Mount Laurel, NJ 08054-1202
14744664      +Oxford Collection Service,    135 Maxess Road--Suite 2A,    Melville, NY 11747-3801
14744672     ++POS T VAC,    PO BOX 1436,    DODGE CITY KS 67801-1436
               (address filed with court: Pos-T-Vac,     4811 Technology Drive,    Augusta, GA 30907)
14755666      +PRA Receivables Management, Inc.,    P.O. Box 12914,    Norfolk, VA 23541-0914
14744666       Palmaris Imaging West Virginia,    P.O. Box 890772,    Charlotte, NC 28289-0772
14744667       Phillips & Cohen Associates,    Mail Stop: 760,    1002 Justison Street,
               Wilmington, DE 19801-5148
14744668      +Physician Diagnostic Services, LLC,     P.O. Box 101475,    Atlanta, GA 30392-1475
14744669      +Pineview Gynecology,    1322 Pineview Drive,    Morgantown, WV 26505-0709
14744673      +Preferred Transportation Self-Insured,    770 Pilot Road--Suite 1,    Las Vegas, NV 89119-9008
14744674       Professional Anesthesia Services,    P.O. Box 1506,    Charleston, WV 25325-1506
14744675      +Professional Collectors,    220 East 8th Street,    Parkersburg, WV 26101-4615
14744678      +QuantumLink,    4380 Boulder Highway,    Las Vegas, NV 89121-3002
14744679      +Receivable Management Corporation,    P.O. Box 2471,    Woburn, MA 01888-0871
14744628      +Robert S. English, Jr., M.D.,    2160 Springhill Furnace Road,    Smithfield, PA 15478-1428
14744681       Rosnick's Collision Parts,    215 South Main Street,    Point Marion, PA 15474
14744682       Schneider National,    P.O. Box 1653,    Green Bay, WI 54305-1653
14744685       Shop Now Pay Plan,    P.O. Box 2852,    Monroe, WI 53566-8052
14744686      +Show Accounting & Tax Preparation Svcs.,    P.O. Box 89,    Hopwood, PA 15445-0089
14744687       SilverScript Insurance Company,    P.O. Box 94471,    Palatine, IL 60094-4471
14744689       Solomon and Solomon,    Columbia Circle,    P.O. Box 15019,    Albany, NY 12212-5019
14744690      +Southwestern Endoscopy Center,    300 Spring Creek Lane--Lower Level,    Uniontown, PA 15401-9069
14744691       Spiegel/Comenity Bank,    P.O. Box 182125,    Columbus, OH 43218-2125
14744692       Staples,    P.O. Box 6403,    Sioux Falls, SD 57117-6403
14779772      +TD Auto Finance,    PO BOX 551080,    Jacksonville FL 32255-1080
14744694      +TD Auto Finance,    P.O. Box 9223,    Farmington Hills, MI 48333-9223
14744693       Target National Bank,    c/o Target Card Services,    P.O. Box 1581,    Minneapolis, MN 55440-1581
14776988      +Toyota Motor Credit Corporation,    P.O. Box 9013,    Addison, TX 75001-9013
14756120      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
14744695       Transport International Pool, Inc.,    161 North Clark Street,    Chicago, IL 60601-3206
14744697       Uniontown Hospital,    500 West Berkeley Street,    Uniontown, PA 15401-5596
14744698      +United Bank, Inc.,    2650 Grand Central Avenue,    Vienna, WV 26105-1353
14744699       United Collection Bureau, Inc.,    P.O. Box 140190,    Toledo, OH 43614-0190
14744700       Valentine & Kebartas,    P.O. Box 325,    Lawrence, MA 01842-0625
14744701     #+Van Ru Credit Corporation,    P.O. Box 2751,    Des Plaines, IL 60017-2751
14744703      +Verizon,    Attn: Bankruptcy,    500 Technology Drive,    Weldon Spring, MO 63304-2225
14744704       Verizon Wireless Bankruptcy Admin.,    P.O. Box 3397,    Bloomington, IL 61702-3397
14744670     #+Wayne H. Port, Esq.,    George, Port & George,    Suite One, 92 East Main Street,
               Uniontown, PA 15401-3577
14744706       Wells Fargo Card Services,    P.O. Box 10347,    Des Moines, IA 50306-0347
14744709       West Virginia University Hospitals,    Patient Accounting Office,    P.O. Box 1127,
               Morgantown, WV 26507-1127
14744710      +Wex Fleet Fueling,    613 Bakertown Road,    Antioch, TN 37013-2657
14744711      +Wolpoff & Abramson,    Two Irvington Centre,    702 King Farm Boulevard,
               Rockville, MD 20850-5915
14744712      +Wright Express Corporation,    P.O. Box 639,    Portland, ME 04104-0639

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 21 2018 01:46:19
               Capital One Auto Finance, a division of Capital On,    4515 N Santa Fe Ave. Dept. APS,
               Oklahoma City, OK 73118-7901
14744591       E-mail/Text: EBNProcessing@afni.com Mar 21 2018 01:45:21      AFNI,    404 Brock Drive,
               P.O. Box 3517,    Bloomington, IL 61702-3517
14744589     ++E-mail/Text: jhill@arc1.biz Mar 21 2018 01:45:15      Account Resolution Corporation,
               700 Goddard Avenue,    Chesterfield, MO 63005-1100
14744596       E-mail/Text: legal@arsnational.com Mar 21 2018 01:44:51      Associated Recovery Systems,
               P.O. Box 469046,    Escondido, CA 92046-9046
14744599       E-mail/PDF: resurgentbknotifications@resurgent.com Mar 21 2018 01:46:23      B-Line, LLC,
               Mail Stop 550,    P.O. Box 91121,    Seattle, WA 98111-9221
14744601      +E-mail/Text: cmiller@cabrmc.com Mar 21 2018 01:45:33      CAB Collection Agency,
               P.O. Box 62889,    North Charleston, SC 29419-2889
14759240      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 21 2018 01:46:18
               Capital One Auto Finance, c/o AIS Portfolio Servic,    P.O. Box 4360,    Houston, TX 77210-4360
14744618       E-mail/Text: bankruptcy@sccompanies.com Mar 21 2018 01:45:57      Country Door Inspirations,
               1112 7th Avenue,    Monroe, WI 53566-1364
14744620      +E-mail/Text: bankruptcy_notifications@ccsusa.com Mar 21 2018 01:45:49
               Credit Collection Services,    Two Wells Avenue, Dept. 9133,    Newton, MA 02459-3225
14744622      +E-mail/Text: abovay@creditmanagementcompany.com Mar 21 2018 01:45:33
               Credit Management Company,    2121 Noblestown Road,    P.O. Box 16346,
               Pittsburgh, PA 15242-0346
14744625       E-mail/Text: Bankruptcy.Consumer@dish.com Mar 21 2018 01:45:10      Dish Network,
               P.O. Box 94063,    Palatine, IL 60094-4063
14744627      +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 21 2018 01:47:01
               East Bay Funding, LLC,    c/o Resurgent Capital Services,    P.O. Box 288,
               Greenville, SC 29602-0288
14778317      +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 21 2018 01:46:23
               East Bay Funding, LLC its successors and assigns,    as assignee of Roundup Funding L.L.C.,
               Resurgent Capital Services,    PO Box 288,    Greenville, SC 29602-0288
```

```
District/off: 0315-2          User: jhel                    Page 3 of 4                   Date Rcvd: Mar 20, 2018
                              Form ID: 149                  Total Noticed: 140

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14744635       E-mail/Text: bankruptcy@sccompanies.com Mar 21 2018 01:45:57      Ginny's,    1112 7th Avenue,
                 Monroe, WI 53566-1364
14744644       E-mail/Text: cio.bncmail@irs.gov Mar 21 2018 01:44:47     Internal Revenue Service,
                 P.O. Box 7346,   Philadelphia, PA 19101-7346
14744645       E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 21 2018 01:45:26      Jefferson Capital Systems,
                 P.O. Box 7999,   Saint Cloud, MN 56302-9617
14744650      +E-mail/Text: ebn@ltdfin.com Mar 21 2018 01:44:51     LTD Financial Services,
                 7322 Southwest Freeway, Suite 1600,    Houston, TX 77074-2134
14744651       E-mail/PDF: resurgentbknotifications@resurgent.com Mar 21 2018 01:46:42
                 LVNV Funding/Resurgent Capital,    P.O. Box 10587,   Greenville, SC 29603-0587
14779211       E-mail/Text: bkr@cardworks.com Mar 21 2018 01:44:39     MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,   Greenville, SC 29603-0368
14774657      +E-mail/Text: bankruptcydpt@mcmcg.com Mar 21 2018 01:45:10      MIDLAND FUNDING LLC,
                 PO BOX 2011,    Warren MI 48090-2011
14744654       E-mail/Text: bkr@cardworks.com Mar 21 2018 01:44:39     Merrick Bank,    P.O. Box 9201,
                 Old Bethpage, NY 11804-9001
14744656       E-mail/Text: bankruptcy@sccompanies.com Mar 21 2018 01:45:57      Midnight Velvet,
                 1112 7th Avenue,    Monroe, WI 53566-1364
14744665       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 21 2018 01:45:00      PA Department of Revenue,
                 Bankruptcy Division,    P.O. Box 280946,   Harrisburg, PA 17128-0946
14744671       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 21 2018 01:59:59
                 Portfolio Recovery,    130 Corporate Boulevard,    Norfolk, VA 23502
14777627       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 21 2018 01:46:56
                 Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk, VA 23541
14750389       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 21 2018 01:45:00
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
14744677       E-mail/Text: bankruptcynotices@pch.com Mar 21 2018 01:44:50      Publishers Clearing House,
                 P.O. Box 26311,    Lehigh Valley, PA 18002-6311
14744680      +E-mail/Text: bkrpt@retrievalmasters.com Mar 21 2018 01:45:10      RMCB,
                 2260 South Saw Mill River Road, Bldg. 3,    Elmsford, NY 10523-3822
14744683       E-mail/Text: bankruptcy@sccompanies.com Mar 21 2018 01:45:57      Seventh Avenue,
                 1112 7th Avenue,    Monroe, WI 53566-1364
14744684      +E-mail/Text: ECF@SHERMETA.COM Mar 21 2018 01:45:22     Shermeta Adams & Von Allmen,
                 P.O. Box 80908,    Rochester, MI 48308-0908
14744688       E-mail/PDF: clerical@simmassociates.com Mar 21 2018 01:46:54      Simm Associates, Inc.,
                 P.O. Box 7526,    Newark, DE 19714-7526
14778235      +E-mail/Text: bncmail@w-legal.com Mar 21 2018 01:45:22     TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
14774171      +E-mail/Text: ECMBKMail@Caliberhomeloans.com Mar 21 2018 01:45:55
                 THE BANK OF NEW YORK MELLON,    c/o Caliber Home Loans,    13801 Wireless Way,
                 Oklahoma City OK 73134-2500
14744702      +E-mail/Text: ebn@vantagesourcing.com Mar 21 2018 01:45:33      Vantage Sourcing,   P.O. Box 6786,
                 Dothan, AL 36302-6786
14779650       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 21 2018 01:46:43      Verizon,
                 by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK  73124-8838
14744705      +E-mail/Text: bncmail@w-legal.com Mar 21 2018 01:45:22     Weinstein & Riley,
                 2001 Western Avenue--Suite 400,    Seattle, WA 98121-3132
14744707       E-mail/Text: RMOpsSupport@alorica.com Mar 21 2018 01:45:22      West Asset Management,
                 P.O. Box 790113,    Saint Louis, MO 63179-0113
14744708       E-mail/Text: RMOpsSupport@alorica.com Mar 21 2018 01:45:22      West Asset Management, Inc.,
                 P.O. Box 105751,    Atlanta, GA 30348-5751
                                                                                              TOTAL: 38

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Capital One Auto Finance
cr             The Bank Of New York Mellon et al
cr             Toyota Motor Credit Corporation
14744619      ##+Creative Computer Concepts,   107 Morgantown Street,   Uniontown, PA 15401-4244
14744649      ##+Lease Finance Group Div. CIT Financial,   7700 Equitable Drive--Suite 203,
                 Eden Prairie, MN 55344-3684
                                                                                 TOTALS: 3, * 0, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0315-2           User: jhel               Page 4 of 4              Date Rcvd: Mar 20, 2018
                               Form ID: 149             Total Noticed: 140
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 20, 2018 at the address(es) listed below:
              Daniel R. White    on behalf of Debtor Van C. Jacobs dwhite@zeblaw.com,
               gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
              Daniel R. White    on behalf of Plaintiff Van C. Jacobs dwhite@zeblaw.com,
               gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
              Daniel R. White    on behalf of Joint Debtor Phyllis E. Jacobs dwhite@zeblaw.com,
               gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
              Daniel R. White    on behalf of Plaintiff Phyllis E. Jacobs dwhite@zeblaw.com,
               gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
              James   Warmbrodt    on behalf of Creditor   Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              Jerome B. Blank    on behalf of Creditor   The Bank Of New York Mellon et al pawb@fedphe.com
              Kevin M Buttery    on behalf of Creditor   The Bank Of New York Mellon et al kbuttery@rascrane.com
              Laurence A. Mester    on behalf of Creditor   Capital One Auto Finance lmester@mesterschwartz.com,
               jottinger@mesterschwartz.com;jschwartz@mesterschwartz.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Thomas   Song    on behalf of Creditor   The Bank Of New York Mellon et al pawb@fedphe.com
                                                                                             TOTAL: 11
```