# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

|  |  |
|---|---|
| **Debtor:** | VAN C. & PHYLLIS E. JACOBS |
| **Case Number:** | 17-24995-CMB    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, JUNE 21, 2018 11:00 AM    3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
6/25/18 12:50 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#37 - Final Confirmation of Plan Dated 2/5/2018 (NFC)
R / M #: 37 / 0

### *Appearances:*

Debtor:  White
Trustee: Winnecour / (Pail) / Katz / DeSimone
Creditor:

### *Proceedings:*

Outcome:

1. \_\_\_\_ Case Converted to Chapter 7
2. \_\_\_\_ Case Converted to Chapter 11
3. \_\_\_\_ Case Dismissed without Prejudice
4. \_\_\_\_ Case Dismissed with Prejudice
5. \_\_\_\_ Debtor is to inform Court within \_\_\_\_ days their preference to Convert or Dismiss
6. \_\_\_\_ The plan payment/term is increased/extended to \_\_\_\_ / \_\_\_\_ effective \_\_\_\_.
7. **X** Plan/Motion continued to **8/23/18** at **11:00**.
8. \_\_\_\_ An Amended Plan is to be served on all creditors and certificate of service filed by \_\_\_\_.
   Objections are due on or before \_\_\_\_.
   A hearing on the Amended Plan is set for \_\_\_\_ at \_\_\_\_.
9. \_\_\_\_ Contested Hearing: \_\_\_\_ at \_\_\_\_.
10. \_\_\_\_ Other:

6/12/2018  11:33:46AM