# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

| | |
|---|---|
| Debtor: | VAN C. & PHYLLIS E. JACOBS |
| Case Number: | 17-24995-CMB    Chapter: 13 |
| Date / Time / Room: | THURSDAY, AUGUST 23, 2018  11:00 AM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
8/24/18 11:38 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### Matter:

#37 - Continued Confirmation of Plan Dated 2/5/2018 (NFC)
R / M #:  37 / 0

### Appearances:

Debtor: White
Trustee: Winnecour / Pail / ~~Katz~~ / DeSimone
Creditor:

*Debtor unemployed for a time — new employment —*

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to __10/18/18__ at __10:00 am__
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

*Asked for new sch I.*

8/16/2018  10:58:31AM