UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF WESTERN PENNSYLVANIA

CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

| | |
|---|---|
| Debtor: | VAN C. & PHYLLIS E. JACOBS |
| Case Number: | 17-24995-CMB    Chapter: 13 |
| Date / Time / Room: | THURSDAY, OCTOBER 18, 2018 10:00 AM    3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
10/22/18 3:56 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### Matter:

#37 - Continued Confirmation of Plan Dated 2/5/2018 (NFC)
R / M #:   37 / 0

### Appearances:

Debtor: White
Trustee: Winnecour / Pail / (Katz) / DeSimone
Creditor:

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. ✓ An Amended Plan is to be served on all creditors and certificate of service filed by 11/9/18.
   Objections are due on or before 12/6/18
   A hearing on the Amended Plan is set for 1/31/19 at 10:30 AM
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

*[Handwritten notes:]* New job - Can't $ for Another Amended / Amended plan to be filed to address answers & other possible plan adjustment.