PROCEEDING MEMO

Date: 03/13/2019 11:00 am

In re: Van C. Jacobs
     Phyllis E. Jacobs

Bankruptcy No. 17-24995-CMB
Chapter: 13
Doc. # 80

Appearances: ~~Daniel R. White~~ ✓

Movant(s): Winnecour / Pail / Katz / DeSimone

Respondents: Jodi L. Hause

Creditor(s):

Nature of Proceeding: #79 Trustee's Motion to Preclude Postpetition Mortgage Fees, Expenses and Charges

Additional Pleadings: Certificate of Service; #94 Response by The Bank of New York Mellon

Judge's Notes:

Outcome:

__X__ Motion is GRANTED _____ Order entered
_____ Motion is DENIED _____ Order entered
_____ Motion WITHDRAWN
_____ Motion is DISMISSED    Order entered
_____ Reschedule for Proper Service
_____ Case DISMISSED         Order entered
_____ Parties to submit Order/Settlement/Stipulation by _____days
_____ CONTINUED MATTER: _____for at least _____days (Court to Issue Order)
_____ to hearing date of _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
_____ Discovery time needed _____ days
_____ Briefs to be filed:    Movant(s) brief due _____days
                        Respondent(s) brief due _____days
                        Trustee's brief due _____days

*Motion Granted*

Modified Order entered.

Carlota M. Böhm
Chief U.S. Bankruptcy Judge

FILED
3/14/19 9:12 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA