IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>Van C. Jacobs<br>Phyllis E. Jacobs<br>    Debtor(s) | Case No.: 17-24995 CMB<br>Chapter 13 |
| Ronda J. Winnecour, Chapter 13 Trustee,<br><br>    Movant,<br><br>Vs.<br>The Bank of New York Mellon, the, Successor to JPMorgan Chase Bank, as Trustee for CIT Home Equity Loan Trust 2002-1<br>    Respondent(s) | Related to Doc. No. 79 |

## ORDER

AND NOW, this __13th__ day of __March__, 2019, upon consideration of Trustee's Motion to Preclude Postpetition Mortgage Fees, Expenses and Charges, it is hereby

ORDERED that the charges requested in the Notices of Postpetition Mortgage Fees, Expenses and Charges are disallowed. It is further

ORDERED that the Respondent is to provide to the Court proof that the records have been adjusted to remove these charges not later than 60 days from the date of this Order. The proof must include a notarized affidavit by a corporate officer reflecting that the charges have been removed as well as full and comprehensible loan history from the ~~inception of the loan~~ *the date of Bankruptcy Petition forwards* and a payoff statement as of March 31, 2019. It is further

ORDERED that in the event that the creditor choses to withdraw the Notices of Postpetition Mortgage Fees, Expenses and Charges, the Respondent provide proof at the time of the withdrawal that the records have been corrected to show that there are no charges for the amounts claimed in the Notices. It is further

ORDERED that no additional charges will be assessed for defending the objection or for compliance with this Order.

BY THE COURT:

*/s/ Carlota M. Böhm*
U.S. Bankruptcy Judge

FILED
3/14/19 9:15 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Van C. Jacobs  
Phyllis E. Jacobs  
    Debtors

Case No. 17-24995-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: dric      Page 1 of 1      Date Rcvd: Mar 14, 2019  
                    Form ID: pdf900   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 16, 2019.  
db/jdb      +Van C. Jacobs,   Phyllis E. Jacobs,   109 Braddock Road,   Smithfield, PA 15478-1202

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2019      Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 14, 2019 at the address(es) listed below:

      Daniel R. White   on behalf of Joint Debtor Phyllis E. Jacobs dwhite@zeblaw.com,
   gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com  
      Daniel R. White   on behalf of Plaintiff Phyllis E. Jacobs dwhite@zeblaw.com,
   gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com  
      Daniel R. White   on behalf of Debtor Van C. Jacobs dwhite@zeblaw.com,
   gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com  
      Daniel R. White   on behalf of Plaintiff Van C. Jacobs dwhite@zeblaw.com,
   gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com  
      James Warmbrodt   on behalf of Creditor   Toyota Motor Credit Corporation bkgroup@kmllawgroup.com  
      Jerome B. Blank   on behalf of Creditor   The Bank Of New York Mellon et al pawb@fedphe.com  
      Jodi L. Hause   on behalf of Creditor   The Bank Of New York Mellon et al
   jodi.hause@phelanhallinan.com,  pawb@fedphe.com  
      Kevin M Buttery   on behalf of Creditor   The Bank Of New York Mellon et al kbuttery@rascrane.com  
      Kevin M Buttery   on behalf of Creditor   The Bank Of New York Mellon kbuttery@rascrane.com  
      Lauren Berschler Karl   on behalf of Creditor   The Bank Of New York Mellon lkarl@rascrane.com  
      Laurence A. Mester   on behalf of Creditor   Capital One Auto Finance lmester@mesterschwartz.com,
   jottinger@mesterschwartz.com;jschwartz@mesterschwartz.com  
      Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov  
      Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com  
      Thomas Song   on behalf of Creditor   The Bank Of New York Mellon et al pawb@fedphe.com  
      TOTAL: 14