## PROCEEDING MEMO

**Date: 04/10/2019 11:00 am**

In re: Van C. Jacobs
      Phyllis E. Jacobs

                                    **Bankruptcy No. 17-24995-CMB**
                                    **Chapter: 13**
                                    **Doc. # 73**

**Appearances: Winnecour/ Pail/ Katz/ DeSimone**

**Movant(s): James Warmbrodt**

**Respondents: Daniel R. White**

**Creditor(s):**

**Nature of Proceeding: #73 Continued Motion for Relief from the Automatic Stay filed by Toyota Motor Credit Corporation**

**Additional Pleadings: #73 Certificate of Service; #81 Response by Debtors**

**Judge's Notes:**
                                Continued to August 14, 2019 at 11:00am

**Outcome:**

_____ Motion is GRANTED _____Order entered
_____ Motion is DENIED_____Order entered
_____ Motion WITHDRAWN
_____ Motion is DISMISSED      Order entered
_____ Reschedule for Proper Service
_____ Case DISMISSED      Order entered
_____ Parties to submit Order/Settlement/Stipulation by _____days
_____ CONTINUED MATTER: _____for at least _____days (Court to issue Order)
_____ to hearing date of _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
_____ Discovery time needed _____ days
_____ Briefs to be filed:     Movant(s) brief due _____days
                            Respondent(s) brief due _____days
                            Trustee's brief due _____days

                                            **Carlota M. Böhm**
                                          **Chief U.S. Bankruptcy Judge**

FILED
4/10/19 2:45 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Van C. Jacobs                                                           Case No. 17-24995-CMB
Phyllis E. Jacobs                                                       Chapter 13
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dric              Page 1 of 1              Date Rcvd: Apr 10, 2019
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 12, 2019.
db/jdb         +Van C. Jacobs,    Phyllis E. Jacobs,   109 Braddock Road,    Smithfield, PA 15478-1202

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2019                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 10, 2019 at the address(es) listed below:
          Daniel R. White    on behalf of Joint Debtor Phyllis E. Jacobs dwhite@zeblaw.com,
           gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
          Daniel R. White    on behalf of Plaintiff Phyllis E. Jacobs dwhite@zeblaw.com,
           gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
          Daniel R. White    on behalf of Debtor Van C. Jacobs dwhite@zeblaw.com,
           gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
          Daniel R. White    on behalf of Plaintiff Van C. Jacobs dwhite@zeblaw.com,
           gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
          James  Warmbrodt    on behalf of Creditor   Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
          Jerome B. Blank    on behalf of Creditor   The Bank Of New York Mellon et al pawb@fedphe.com
          Jodi L. Hause   on behalf of Creditor   The Bank Of New York Mellon et al
           jodi.hause@phelanhallinan.com,   pawb@fedphe.com
          Kevin M Buttery   on behalf of Creditor   The Bank Of New York Mellon et al kbuttery@rascrane.com
          Kevin M Buttery   on behalf of Creditor   The Bank Of New York Mellon kbuttery@rascrane.com
          Lauren Berschler Karl   on behalf of Creditor   The Bank Of New York Mellon lkarl@rascrane.com
          Laurence A. Mester   on behalf of Creditor   Capital One Auto Finance lmester@mesterschwartz.com,
           jottinger@mesterschwartz.com;jschwartz@mesterschwartz.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Thomas  Song   on behalf of Creditor   The Bank Of New York Mellon et al pawb@fedphe.com
                                                                                     TOTAL: 14