## PROCEEDING MEMO

Date: 09/11/2019 10:00 am

In re: Van C. Jacobs
      Phyllis E. Jacobs

Bankruptcy No. 17-24995-CMB
Chapter: 13
Doc. # 73

Appearances: ~~Winnecour~~ / Pail / ~~Katz / DeSimone~~

Movant(s): James Warmbrodt

Respondents: Daniel R. White

Creditor(s):

Nature of Proceeding: #73 Continued Motion for Relief from the Automatic Stay filed by Toyota Motor Credit Corporation

Additional Pleadings: #81 Response by Debtors (filed previously)

Judge's Notes:

Outcome:

Warmbrodt: last payment received in June.
White: Income limited. No defense.
Relief from stay granted.

__X__ Motion is GRANTED  __X__ Order entered
_____ Motion is DENIED _____ Order entered
_____ Motion WITHDRAWN
_____ Motion is DISMISSED      Order entered
_____ Reschedule for Proper Service
_____ Case DISMISSED      Order entered
_____ Parties to submit Order/Settlement/Stipulation by _____ days
_____ CONTINUED MATTER: _____ for at least _____ days (Court to Issue Order)
_____ to hearing date of _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
_____ Discovery time needed _____ days
_____ Briefs to be filed:   Movant(s) brief due _____ days
                         Respondent(s) brief due _____ days
                         Trustee's brief due _____ days

Carlota M. Böhm
Chief U.S. Bankruptcy Judge

FILED
9/12/19 7:55 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA