UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Van C. Jacobs fdba Jacobs Trucking aka Vance C. Jacobs<br>Phyllis E. Jacobs<br>　　　　　　　Debtor(s) | BK. NO. 17-24995 CMB |
| Toyota Motor Credit Corporation<br>　　　　　　　Movant<br>　　v.<br>Van C. Jacobs fdba Jacobs Trucking aka Vance C. Jacobs<br>Phyllis E. Jacobs<br>　　　　　　　Respondent<br>　　　　and<br>TRonda J. Winnecour, Trustee<br>　　　　　　　Additional Respondent | CHAPTER 13<br><br>Related to Docket # __73__ |

**ORDER MODIFYING SECTION 362 AUTOMATIC STAY**

　　AND NOW, this 11th day of Sept. , 2019, at Pittsburgh, upon Motion of Toyota Motor Credit Corporation, it is

**ORDERED THAT:** The Automatic Stay is hereby terminated under 11 U.S.C. Sections 362(d) and 1301 (if applicable) as to Movant to permit said creditor, its successors an/or assigns to take possession and sell, lease, and otherwise dispose of the 2016 TOYOTA 4RUNNER , VIN:JTEBU5JR4G5344768, in a commercially reasonable manner.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

cc: See attached service list:

　　　　　　　　　　　　　　　　　　　　　FILED
　　　　　　　　　　　　　　　　　　　　　9/12/19 8:01 am
　　　　　　　　　　　　　　　　　　　　　CLERK
　　　　　　　　　　　　　　　　　　　　　U.S. BANKRUPTCY
　　　　　　　　　　　　　　　　　　　　　COURT - WDPA

Van C. Jacobs fdba Jacobs Trucking aka Vance C. Jacobs
109 Braddock Road
Smithfield, PA 15478

Phyllis E. Jacobs
109 Braddock Road
Smithfield, PA 15478

Daniel R. White Esq.
Zebley Mehalov & White, p.c. 18 Mill Street Square
P.O. Box 2123
Uniontown, PA 15401
dwhite@zeblaw.com

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com

KML Law Group, P.C.
BNY Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                               Case No. 17-24995-CMB
Van C. Jacobs                                                        Chapter 13
Phyllis E. Jacobs
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dric                Page 1 of 1              Date Rcvd: Sep 12, 2019
                              Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 14, 2019.
db/jdb         +Van C. Jacobs,    Phyllis E. Jacobs,    109 Braddock Road,    Smithfield, PA 15478-1202

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 12, 2019 at the address(es) listed below:
              Daniel R. White    on behalf of Joint Debtor Phyllis E. Jacobs zmwchapter13@gmail.com,
               gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com
              Daniel R. White    on behalf of Plaintiff Phyllis E. Jacobs zmwchapter13@gmail.com,
               gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com
              Daniel R. White    on behalf of Debtor Van C. Jacobs zmwchapter13@gmail.com,
               gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com
              Daniel R. White    on behalf of Plaintiff Van C. Jacobs zmwchapter13@gmail.com,
               gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com
              James    Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              Jerome B. Blank    on behalf of Creditor    The Bank Of New York Mellon et al pawb@fedphe.com
              Jodi L. Hause    on behalf of Creditor    The Bank Of New York Mellon et al
               jodi.hause@phelanhallinan.com,    pawb@fedphe.com
              Jodi L. Hause    on behalf of Creditor    The Bank of New York Mellon, the successor to JPMorgan
               Chase Bank, as Trustee for CIT Home Equity Loan Trust 2002-1 jodi.hause@phelanhallinan.com,
               pawb@fedphe.com
              Kevin M Buttery    on behalf of Creditor    The Bank Of New York Mellon et al kbuttery@rascrane.com
              Kevin M Buttery    on behalf of Creditor    The Bank Of New York Mellon kbuttery@rascrane.com
              Lauren Berschler Karl    on behalf of Creditor    The Bank Of New York Mellon lkarl@rascrane.com
              Laurence A. Mester    on behalf of Creditor    Capital One Auto Finance lmester@mesterschwartz.com,
               jottinger@mesterschwartz.com;jschwartz@mesterschwartz.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Thomas    Song    on behalf of Creditor    The Bank Of New York Mellon et al pawb@fedphe.com
                                                                                             TOTAL: 15