Form 410

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Van C. Jacobs**
**aka Vance C. Jacobs, fdba Jacobs Trucking**
**Phyllis E. Jacobs**
   Debtor(s)

Bankruptcy Case No.: 17–24995–CMB
Related to Dkt. No. 110
Chapter: 13
Docket No.: 111 – 110
Concil. Conf.: January 16, 2020 at 10:00 AM

## ORDER

    **WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

    **IT IS HEREBY ORDERED** that, on or before **November 4, 2019,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

    1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

    2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

    **IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

    On or before **November 18, 2019,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

    On **January 16, 2020** at **10:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

    If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the Conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

    This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: September 18, 2019                                                Carlota M. Bohm
                                                                                    United States Bankruptcy Judge

cm: All Creditors and Parties In Interest

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

> Ronda J. Winnecour, Trustee
> P.O. Box 84051
> Chicago, IL 60689–4002

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 17-24995-CMB
Van C. Jacobs                                                             Chapter 13
Phyllis E. Jacobs
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: jhel              Page 1 of 4           Date Rcvd: Sep 18, 2019
                              Form ID: 410            Total Noticed: 138

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 20, 2019.
```
db/jdb         +Van C. Jacobs,    Phyllis E. Jacobs,    109 Braddock Road,    Smithfield, PA 15478-1202
cr             +The Bank Of New York Mellon,    Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
cr             +The Bank of New York Mellon, the successor to JPMo,    RAS CRANE, LLC,
                 10700 ABBOTT'S BRIDGE ROAD, SUITE 170,    DULUTH, GA 30097-8461
14744588       +Aaron's Sales & Lease Ownership,    575 Morgantown Road,    Uniontown, PA 15401-5419
14744592        Allegheny General Hospital,    P.O. Box 644662,    Pittsburgh, PA 15264-4662
14744594        Ameripath Pittsburgh, PC,    P.O. Box 531029,    Atlanta, GA 30353-1029
14744595        Arrow Financial Services,    5996 West Touhy Avenue,    Niles, IL 60714-4610
14744597        Atlantic Broadband,    120 Southmont Boulevard,    Johnstown, PA 15905-4291
14744598       +Audio Service Plus,    Jenkins Service,    865 Morgantown Street,    Point Marion, PA 15474-1273
14744600        Beneficial,    P.O. Box 4153-K,    Carol Stream, IL 60197-4153
14744676       ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
                 WILMINGTON DE 19801-2920
                (address filed with court: Providian,    P.O. Box 660509,    Dallas, TX 75266-0509)
14744609     ++++CHRISTENSON TRANSPORTATION, INC.,    2301 W OLD ROUTE 66,    STRAFFORD MO 65757-7428
                (address filed with court: Christenson Transportation, Inc.,    2001 West Old Route 66,
                 Strafford, MO 65757)
14744602        Caliber Home Loans,    P.O. Box 24610,    Oklahoma City, OK 73124-0610
14744604       +Capital One Auto Finance,    9441 LBJ Freeway--Suite 350,    Dallas, TX 75243-4545
14744608       +Center Independent Oil Company,    407 Rowes Run Road,    Smock, PA 15480-1009
14744610       +Cintas,    P.O. Box 625737,    Cincinnati, OH 45262-5737
14744611       +Citgo Oil,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
14744612       +Citi Card,    P.O. Box 6500,    Sioux Falls, SD 57117-6500
14744613       +Clar-Mac Sales,    200 Penn Street,    P.O. Box 157,    Point Marion, PA 15474-0157
14744614       +Collection Service Center, Inc.,    P.O. Box 2060,    Fairmont, WV 26555-2060
14744615       +Communications Recovery Bureau,    3770 East Desert Inn Road,    Suite 305,
                 Las Vegas, NV 89121-3339
14744617        CorEvolution,    7850 Runnfer Avenue,    Van Nuys, CA 91406
14744616       +Cordia Communications Corp.,    13275 West Colonial Drive,    Winter Garden, FL 34787-3984
14744619       +Creative Computer Concepts,    107 Morgantown Street,    Uniontown, PA 15401-4244
14744621       +Credit Collections, USA,    16 Distributor Drive--Suite 1,    Morgantown, WV 26501-0121
14744623        Credit Protection Association,    P.O. Box 802068,    Dallas, TX 75380-2068
14744626       +Diversified Collections, Inc.,    1165 Garden Street,    P.O. Box 200,
                 Greensburg, PA 15601-0200
14744629       +Ethan & Assocaites,    399 Asbury Drive,    Mandeville, LA 70471-3461
14744630        Fayette Physician Network,    P.O. Box 371980,    Pittsburgh, PA 15250-7980
14744631       +Fayette Tire,    350 Pittsburgh Street,    Uniontown, PA 15401-2358
14744632        First Premier Bank,    P.O. Box 5524,    Sioux Falls, SD 57117-5524
14744633        Foundation Radiology Group, PC,    75 Remittance Drive #3310,    Chicago, IL 60675-1001
14744637       +GNS, Inc.,    6452 Fig Street--Suite A,    Arvada, CO 80004-1060
14744638       +Guardian Protection Services,    174 Thorn Hill Road,    Warrendale, PA 15086-7528
14744640       +HSBC Card Services,    P.O. Box 80084,    Salinas, CA 93912-0084
14744639       +Hartford Insurance Co.,    One Hartford Plaza,    Hartford, CT 06155-0001
14744641       +Hunter's Truck Sales & Service,    519 Pittsburgh Road,    Butler, PA 16002-7693
14744642       +Imperial A.I. Credit Companies,    101 Hudson Street,    Jersey City, NJ 07302-3993
14744643       +Inland Empire Industrial Supply,    12741 Magnolia Avenue--Suite 100,    Riverside, CA 92503-4682
14744713       +Joseph Yonko and Lolita Sharp,    135 Marie Drive,    Uniontown, PA 15401-9063
14744646        La Chapelle Credit Service, Inc.,    P.O. Box 1653,    Green Bay, WI 54305-1653
14744647       +Lamont, Hanley & Associates, Inc.,    1138 Elm Street,    Manchester, NH 03101-1531
14744648        Laurel Medical Imaging Associates,    122 Bitner Road,    Uniontown, PA 15401-6202
14744649       +Lease Finance Group Div. CIT Financial,    7700 Equitable Drive--Suite 203,
                 Eden Prairie, MN 55344-3684
14744652       +M.T.S. Truck Repair,    P.O. Box 78,    Smithfield, PA 15478-0078
14744696        Mark J. Udren & Associates,    Woodcrest Corporate Center,    111 Woodcrest Road, Suite 200,
                 Cherry Hill, NJ 08003-3620
14744655       +Meyersdale Truck Service & Brokerage,    P.O. Box 91,    Meyersdale, PA 15552-0091
14744657       +Monongalia General Hospital,    1200 JD Anderson Drive,    Morgantown, WV 26505-3486
14744660        NCO Financial Systems, Inc.,    P.O. Box 41593,    Philadelphia, PA 19101-1593
14744659        NCO Financial Systems, Inc.,    P.O. Box 8148,    Philadelphia, PA 19101-8148
14755665       +National Capital Management, Inc.,    P.O. Box 12786,    Norfolk, VA 23541-0786
14744661       +Northern Tool + Equipment,    2800 Southcross Drive West,    Burnsville, MN 55306-6936
14744662        Orchard Bank,    HSBC Card Services,    P.O. Box 80084,    Salinas, CA 93912-0084
14744663       +Overall Supply, Inc.,    Lighting/Chemical Division,    823 East Gate Drive, Unit #2,
                 Mount Laurel, NJ 08054-1202
14744664       +Oxford Collection Service,    135 Maxess Road--Suite 2A,    Melville, NY 11747-3801
14744672       ++POS T VAC,    PO BOX 1436,    DODGE CITY KS 67801-1436
                (address filed with court: Pos-T-Vac,    4811 Technology Drive,    Augusta, GA 30907)
14755666       +PRA Receivables Management, Inc.,    P.O. Box 12914,    Norfolk, VA 23541-0914
14744666        Palmaris Imaging West Virginia,    P.O. Box 890772,    Charlotte, NC 28289-0772
14744667       +Phillips & Cohen Associates,    Mail Stop: 760,    1002 Justison Street,
                 Wilmington, DE 19801-5148
14744668       +Physician Diagnostic Services, LLC,    P.O. Box 101475,    Atlanta, GA 30392-1475
```

```
District/off: 0315-2          User: jhel                    Page 2 of 4                   Date Rcvd: Sep 18, 2019
                              Form ID: 410                  Total Noticed: 138


14744669       +Pineview Gynecology,    1322 Pineview Drive,    Morgantown, WV 26505-0709
14744673       +Preferred Transportation Self-Insured,    770 Pilot Road--Suite 1,    Las Vegas, NV 89119-9008
14744674        Professional Anesthesia Services,    P.O. Box 1506,    Charleston, WV 25325-1506
14744675       +Professional Collectors,    220 East 8th Street,    Parkersburg, WV 26101-4615
14744678       +QuantumLink,    4380 Boulder Highway,    Las Vegas, NV 89121-3002
14744679       +Receivable Management Corporation,    P.O. Box 2471,    Woburn, MA 01888-0871
14744628       +Robert S. English, Jr., M.D.,    2160 Springhill Furnace Road,    Smithfield, PA 15478-1428
14744681        Rosnick's Collision Parts,    215 South Main Street,    Point Marion, PA 15474
14744682        Schneider National,    P.O. Box 1653,    Green Bay, WI 54305-1653
14744686       +Show Accounting & Tax Preparation Svcs.,    P.O. Box 89,    Hopwood, PA 15445-0089
14744687        SilverScript Insurance Company,    P.O. Box 94471,    Palatine, IL 60094-4471
14744689        Solomon and Solomon,    Columbia Circle,    P.O. Box 15019,    Albany, NY 12212-5019
14744690       +Southwestern Endoscopy Center,    300 Spring Creek Lane--Lower Level,    Uniontown, PA 15401-9069
14744692        Staples,    P.O. Box 6403,    Sioux Falls, SD 57117-6403
14779772       +TD Auto Finance,    PO BOX 551080,    Jacksonville FL 32255-1080
14744694       +TD Auto Finance,    P.O. Box 9223,    Farmington Hills, MI 48333-9223
14744693        Target National Bank,    c/o Target Card Services,    P.O. Box 1581,    Minneapolis, MN 55440-1581
14776988       +Toyota Motor Credit Corporation,    P.O. Box 9013,    Addison, TX 75001-9013
14756120       +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
14744695        Transport International Pool, Inc.,    161 North Clark Street,    Chicago, IL 60601-3206
14744697        Uniontown Hospital,    500 West Berkeley Street,    Uniontown, PA 15401-5596
14744698       +United Bank, Inc.,    2650 Grand Central Avenue,    Vienna, WV 26105-1353
14744699        United Collection Bureau, Inc.,    P.O. Box 140190,    Toledo, OH 43614-0190
14744700        Valentine & Kebartas,    P.O. Box 325,    Lawrence, MA 01842-0625
14744706        Wells Fargo Card Services,    P.O. Box 10347,    Des Moines, IA 50306-0347
14744710       +Wex Fleet Fueling,    613 Bakertown Road,    Antioch, TN 37013-2657
14744711       +Wolpoff & Abramson,    Two Irvington Centre,    702 King Farm Boulevard,
                 Rockville, MD 20850-5915
14744712       +Wright Express Corporation,    P.O. Box 639,    Portland, ME 04104-0639

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Sep 19 2019 03:21:33
                 Capital One Auto Finance, a division of Capital On,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
14744591        E-mail/Text: EBNProcessing@afni.com Sep 19 2019 03:28:25      AFNI,    404 Brock Drive,
                 P.O. Box 3517,    Bloomington, IL 61702-3517
14744593        E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Sep 19 2019 03:27:13
                 AmeriCredit Bankruptcy Department,    P.O. Box 183853,    Arlington, TX 76096-3853
14744589       +E-mail/Text: jhill@arc1.biz Sep 19 2019 03:28:13      Account Resolution Corporation,
                 700 Goddard Avenue,    Chesterfield, MO 63005-1100
14744596        E-mail/Text: legal@arsnational.com Sep 19 2019 03:27:15      Associated Recovery Systems,
                 P.O. Box 469046,    Escondido, CA 92046-9046
14744599        E-mail/PDF: resurgentbknotifications@resurgent.com Sep 19 2019 03:21:46      B-Line, LLC,
                 Mail Stop 550,    P.O. Box 91121,    Seattle, WA 98111-9221
14744601       +E-mail/Text: cmiller@cabrmc.com Sep 19 2019 03:28:45      CAB Collection Agency,
                 P.O. Box 62889,    North Charleston, SC 29419-2889
14744603        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 19 2019 03:18:41      Capital One,
                 c/o TSYS Total Debt Management,    P.O. Box 5155,    Norcross, GA 30091
14744607        E-mail/Text: CBCSMail@CBCSNational.com Sep 19 2019 03:28:07      CBCS,    P.O. Box 163250,
                 Columbus, OH 43216-3250
15090029       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Sep 19 2019 03:18:42
                 Capital One Auto Finance, a division of Capital On,    P.O. Box 4360,    Houston, TX 77210-4360
14759240       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Sep 19 2019 03:18:42
                 Capital One Auto Finance, c/o AIS Portfolio Servic,    P.O. Box 4360,    Houston, TX 77210-4360
14744605        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 19 2019 03:21:32      Capital One, N.A.,
                 by American InfoSource LP as agent,    P.O. Box 71083,    Charlotte, NC 28272-1083
14744606       +E-mail/Text: bankruptcy@sccompanies.com Sep 19 2019 03:26:45      Carol Wright Gifts,
                 1112 7th Avenue,    Monroe, WI 53566-1364
14744618        E-mail/Text: bankruptcy@sccompanies.com Sep 19 2019 03:29:31      Country Door Inspirations,
                 1112 7th Avenue,    Monroe, WI 53566-1364
14744620       +E-mail/Text: bankruptcy_notifications@ccsusa.com Sep 19 2019 03:29:20
                 Credit Collection Services,    Two Wells Avenue, Dept. 9133,    Newton, MA 02459-3225
14744622       +E-mail/Text: bdsupport@creditmanagementcompany.com Sep 19 2019 03:28:45
                 Credit Management Company,    2121 Noblestown Road,    P.O. Box 16346,
                 Pittsburgh, PA 15242-0346
14744625        E-mail/Text: Bankruptcy.Consumer@dish.com Sep 19 2019 03:28:04      Dish Network,
                 P.O. Box 94063,    Palatine, IL 60094-4063
14744627       +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 19 2019 03:18:56
                 East Bay Funding, LLC,    c/o Resurgent Capital Services,    P.O. Box 288,
                 Greenville, SC 29602-0288
14778317       +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 19 2019 03:20:15
                 East Bay Funding, LLC its successors and assigns,    as assignee of Roundup Funding L.L.C.,
                 Resurgent Capital Services,    PO Box 288,    Greenville, SC 29602-0288
14744635        E-mail/Text: bankruptcy@sccompanies.com Sep 19 2019 03:29:31      Ginny's,    1112 7th Avenue,
                 Monroe, WI 53566-1364
14744644        E-mail/Text: cio.bncmail@irs.gov Sep 19 2019 03:27:11      Internal Revenue Service,
                 P.O. Box 7346,    Philadelphia, PA 19101-7346
14744645        E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 19 2019 03:28:33      Jefferson Capital Systems,
                 P.O. Box 7999,    Saint Cloud, MN 56302-9617
```

```
District/off: 0315-2                  User: jhel                   Page 3 of 4                   Date Rcvd: Sep 18, 2019
                                      Form ID: 410                 Total Noticed: 138

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14744650       +E-mail/Text: ebn@ltdfin.com Sep 19 2019 03:27:15      LTD Financial Services,
                 7322 Southwest Freeway, Suite 1600,   Houston, TX 77074-2134
14744651        E-mail/PDF: resurgentbknotifications@resurgent.com Sep 19 2019 03:18:59
                 LVNV Funding/Resurgent Capital,   P.O. Box 10587,   Greenville, SC 29603-0587
14779211        E-mail/Text: bkr@cardworks.com Sep 19 2019 03:26:44      MERRICK BANK,
                 Resurgent Capital Services,   PO Box 10368,   Greenville, SC 29603-0368
14774657       +E-mail/Text: bankruptcydpt@mcmcg.com Sep 19 2019 03:28:05       MIDLAND FUNDING LLC,
                 PO BOX 2011,   Warren MI 48090-2011
14744653       +E-mail/Text: bankruptcy@sccompanies.com Sep 19 2019 03:26:45       Mason Easy-Pay,
                 1251 First Avenue,   Chippewa Falls, WI 54774-9998
14744654        E-mail/Text: bkr@cardworks.com Sep 19 2019 03:26:44      Merrick Bank,   P.O. Box 9201,
                 Old Bethpage, NY 11804-9001
14744656        E-mail/Text: bankruptcy@sccompanies.com Sep 19 2019 03:29:31       Midnight Velvet,
                 1112 7th Avenue,   Monroe, WI 53566-1364
14744665        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 19 2019 03:27:44       PA Department of Revenue,
                 Bankruptcy Division,   P.O. Box 280946,   Harrisburg, PA 17128-0946
14744671        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 19 2019 03:18:46
                 Portfolio Recovery,   130 Corporate Boulevard,   Norfolk, VA 23502
14777627        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 19 2019 03:20:06
                 Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk, VA 23541
14750389        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 19 2019 03:27:44
                 Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
                 Harrisburg, PA   17128-0946
14744677        E-mail/Text: bankruptcynotices@pch.com Sep 19 2019 03:27:15       Publishers Clearing House,
                 P.O. Box 26311,   Lehigh Valley, PA 18002-6311
14744680       +E-mail/Text: bkrpt@retrievalmasters.com Sep 19 2019 03:28:04      RMCB,
                 2260 South Saw Mill River Road, Bldg. 3,   Elmsford, NY 10523-3822
14744683        E-mail/Text: bankruptcy@sccompanies.com Sep 19 2019 03:29:31       Seventh Avenue,
                 1112 7th Avenue,   Monroe, WI 53566-1364
14744684       +E-mail/Text: ECF@SHERMETA.COM Sep 19 2019 03:28:26      Shermeta Adams & Von Allmen,
                 P.O. Box 80908,   Rochester, MI 48308-0908
14744685        E-mail/Text: bankruptcy@sccompanies.com Sep 19 2019 03:26:45       Shop Now Pay Plan,
                 P.O. Box 2852,   Monroe, WI 53566-8052
14744688        E-mail/PDF: clerical@simmassociates.com Sep 19 2019 03:20:01      Simm Associates, Inc.,
                 P.O. Box 7526,   Newark, DE 19714-7526
14744691        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 19 2019 03:27:22       Spiegel/Comenity Bank,
                 P.O. Box 182125,   Columbus, OH 43218-2125
14778235       +E-mail/Text: bncmail@w-legal.com Sep 19 2019 03:28:25      TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
14774171       +E-mail/Text: ECMBKMail@Caliberhomeloans.com Sep 19 2019 03:29:28
                 THE BANK OF NEW YORK MELLON,   c/o Caliber Home Loans,   13801 Wireless Way,
                 Oklahoma City OK 73134-2500
14744702       +E-mail/Text: ebn@vantagesourcing.com Sep 19 2019 03:28:47      Vantage Sourcing,   P.O. Box 6786,
                 Dothan, AL 36302-6786
14744703       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Sep 19 2019 03:26:48
                 Verizon,   Attn: Bankruptcy,   500 Technology Drive,   Weldon Spring, MO 63304-2225
14779650        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 19 2019 03:38:09       Verizon,
                 by American InfoSource LP as agent,   PO Box 248838,   Oklahoma City, OK  73124-8838
14744704        E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Sep 19 2019 03:26:48
                 Verizon Wireless Bankruptcy Admin.,   P.O. Box 3397,   Bloomington, IL 61702-3397
14744705       +E-mail/Text: bncmail@w-legal.com Sep 19 2019 03:28:25      Weinstein & Riley,
                 2001 Western Avenue--Suite 400,   Seattle, WA 98121-3132
14744707        E-mail/Text: RMOpsSupport@alorica.com Sep 19 2019 03:28:26      West Asset Management,
                 P.O. Box 790113,   Saint Louis, MO 63179-0113
14744708        E-mail/Text: RMOpsSupport@alorica.com Sep 19 2019 03:28:26      West Asset Management, Inc.,
                 P.O. Box 105751,   Atlanta, GA 30348-5751
14744709        E-mail/Text: hbbankruptcynotices@wvumedicine.org Sep 19 2019 03:26:57
                 West Virginia University Hospitals,   Patient Accounting Office,   P.O. Box 1127,
                 Morgantown, WV 26507-1127
                                                                                              TOTAL: 50

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Capital One Auto Finance
cr             The Bank Of New York Mellon et al
cr             Toyota Motor Credit Corporation
14744590        ##Accounts Receivable Management, Inc.,   P.O. Box 129,   Thorofare, NJ 08086-0129
14744624        ##+Deily, Mooney & Glastetter,   8 Thurlow Terrace,   Albany, NY 12203-1006
14744636        ##Glenn Associates Md-Atlantic, Inc.,   P.O. Box 159,   Laurel, MD 20725-0159
14744634        ##+Malcolm S. Gerald and Associates,   332 South Michigan Avenue--Suite 600,
                  Chicago, IL 60604-4318
14744658        ##+Morgantown Internal Medicine Group,   300 Wedgewood Drive,   Morgantown, WV 26505-2494
14744701        ##+Van Ru Credit Corporation,   P.O. Box 2751,   Des Plaines, IL 60017-2751
14744670        ##+Wayne H. Port, Esq.,   George, Port & George,   Suite One, 92 East Main Street,
                  Uniontown, PA 15401-3577
                                                                                   TOTALS: 3, * 0, ## 7

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0315-2          User: jhel              Page 4 of 4          Date Rcvd: Sep 18, 2019
                              Form ID: 410            Total Noticed: 138
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2019                         Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2019 at the address(es) listed below:

```
          Daniel R. White    on behalf of Plaintiff Van C. Jacobs zmwchapter13@gmail.com,
           gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com
          Daniel R. White    on behalf of Joint Debtor Phyllis E. Jacobs zmwchapter13@gmail.com,
           gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com
          Daniel R. White    on behalf of Debtor Van C. Jacobs zmwchapter13@gmail.com,
           gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com
          Daniel R. White    on behalf of Plaintiff Phyllis E. Jacobs zmwchapter13@gmail.com,
           gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com
          James   Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
          Jerome B. Blank    on behalf of Creditor    The Bank Of New York Mellon et al pawb@fedphe.com
          Jodi L. Hause    on behalf of Creditor    The Bank Of New York Mellon et al
           jodi.hause@phelanhallinan.com,  pawb@fedphe.com
          Jodi L. Hause    on behalf of Creditor    The Bank of New York Mellon, the successor to JPMorgan
           Chase Bank, as Trustee for CIT Home Equity Loan Trust 2002-1 jodi.hause@phelanhallinan.com,
           pawb@fedphe.com
          Kevin M Buttery    on behalf of Creditor    The Bank Of New York Mellon kbuttery@rascrane.com
          Kevin M Buttery    on behalf of Creditor    The Bank Of New York Mellon et al kbuttery@rascrane.com
          Lauren Berschler Karl    on behalf of Creditor    The Bank Of New York Mellon lkarl@rascrane.com
          Laurence A. Mester    on behalf of Creditor    Capital One Auto Finance lmester@mesterschwartz.com,
           jottinger@mesterschwartz.com;jschwartz@mesterschwartz.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Sindi   Mncina    on behalf of Creditor    The Bank of New York Mellon, the successor to JPMorgan
           Chase Bank, as Trustee for CIT Home Equity Loan Trust 2002-1 smncina@rascrane.com
          Thomas   Song    on behalf of Creditor    The Bank Of New York Mellon et al pawb@fedphe.com
                                                                                             TOTAL: 16
```