**Form 132**

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

118

In re:                                                                                   Bankruptcy Case No.: 17−24995−CMB

Chapter: 7

**Van C. Jacobs**
**aka Vance C. Jacobs, fdba Jacobs Trucking**                    Phyllis E. Jacobs
   Debtor(s)

## NOTICE OF APPOINTMENT OF INTERIM TRUSTEE
## AND DETERMINATION OF TRUSTEE BOND

   Robert H. Slone, Trustee is hereby appointed Interim Trustee for the estate of the above debtor(s). Unless another trustee is elected at the meeting of creditors, convened pursuant to 11 U.S.C §341(a), the Interim Trustee shall serve as Trustee.

   In accordance with 11 U.S.C §322(b), the United States Trustee has determined the amount of the blanket trustee bond and determined the sufficiency of the surety thereon.

 Dated: 10/16/19                                                                  **Andrew R. Vara**
                                                                                   Acting United States Trustee

                                                                                   **Joseph S. Sisca**
                                                                                   Assistant United States Trustee
                                                                                   Western District of Pennsylvania

---

I Robert H. Slone, Trustee, hereby reject appointment as Trustee.

Dated: This _____ day of _____,_____.

                                                                                   Robert H. Slone, Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 17-24995-CMB
Van C. Jacobs                                                             Chapter 7
Phyllis E. Jacobs
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: nsha                  Page 1 of 1              Date Rcvd: Oct 16, 2019
                               Form ID: 132                Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2019.
tr             +Robert H. Slone, Trustee,    223 South Maple Avenue,    Greensburg, PA 15601-3232

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2019                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2019 at the address(es) listed below:
              Daniel R. White    on behalf of Debtor Van C. Jacobs zmwchapter13@gmail.com,
               gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com
              Daniel R. White    on behalf of Plaintiff Phyllis E. Jacobs zmwchapter13@gmail.com,
               gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com
              Daniel R. White    on behalf of Plaintiff Van C. Jacobs zmwchapter13@gmail.com,
               gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com
              Daniel R. White    on behalf of Joint Debtor Phyllis E. Jacobs zmwchapter13@gmail.com,
               gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com
              James    Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              Jerome B. Blank    on behalf of Creditor    The Bank Of New York Mellon et al pawb@fedphe.com
              Jodi L. Hause    on behalf of Creditor    The Bank Of New York Mellon et al
               jodi.hause@phelanhallinan.com,    pawb@fedphe.com
              Jodi L. Hause    on behalf of Creditor    The Bank of New York Mellon, the successor to JPMorgan
               Chase Bank, as Trustee for CIT Home Equity Loan Trust 2002-1 jodi.hause@phelanhallinan.com,
               pawb@fedphe.com
              Kevin M Buttery    on behalf of Creditor    The Bank Of New York Mellon kbuttery@rascrane.com
              Kevin M Buttery    on behalf of Creditor    The Bank Of New York Mellon et al kbuttery@rascrane.com
              Lauren Berschler Karl    on behalf of Creditor    The Bank Of New York Mellon lkarl@rascrane.com,
               lbkarl03@yahoo.com
              Laurence A. Mester    on behalf of Creditor    Capital One Auto Finance lmester@mesterschwartz.com,
               jottinger@mesterschwartz.com;jschwartz@mesterschwartz.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Robert H. Slone, Trustee    robertslone223@gmail.com,    rslone@pulsenet.com;pa07@ecfcbis.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Sindi    Mncina    on behalf of Creditor    The Bank of New York Mellon, the successor to JPMorgan
               Chase Bank, as Trustee for CIT Home Equity Loan Trust 2002-1 smncina@rascrane.com
              Thomas    Song    on behalf of Creditor    The Bank Of New York Mellon et al pawb@fedphe.com
                                                                                             TOTAL: 17