**Form 143**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Van C. Jacobs
aka Vance C. Jacobs, fdba Jacobs Trucking
Phyllis E. Jacobs**
   Debtor(s)

Bankruptcy Case No.: 17–24995–CMB

Chapter: 7
Docket No.: 117 – 116

## NOTICE OF TERMINATED TRUSTEE OR ATTORNEY

     Ronda J. Winnecour has been removed as trustee from this case and will not receive any future notifications.

     The docket for this case should be reviewed to determine the reason for removal and for any other information that may be important.

Dated: October 16, 2019

Michael R. Rhodes
Clerk

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Van C. Jacobs
Phyllis E. Jacobs
    Debtors

Case No. 17-24995-CMB
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: nsha    Page 1 of 1    Date Rcvd: Oct 16, 2019
                    Form ID: 143    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2019.
tr    +Ronda J. Winnecour,   Suite 3250, USX Tower,   600 Grant Street,   Pittsburgh, PA 15219-2702

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2019    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2019 at the address(es) listed below:
    Daniel R. White   on behalf of Debtor Van C. Jacobs zmwchapter13@gmail.com, gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com
    Daniel R. White   on behalf of Plaintiff Phyllis E. Jacobs zmwchapter13@gmail.com, gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com
    Daniel R. White   on behalf of Plaintiff Van C. Jacobs zmwchapter13@gmail.com, gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com
    Daniel R. White   on behalf of Joint Debtor Phyllis E. Jacobs zmwchapter13@gmail.com, gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com
    James Warmbrodt   on behalf of Creditor   Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
    Jerome B. Blank   on behalf of Creditor   The Bank Of New York Mellon et al pawb@fedphe.com
    Jodi L. Hause   on behalf of Creditor   The Bank Of New York Mellon et al jodi.hause@phelanhallinan.com, pawb@fedphe.com
    Jodi L. Hause   on behalf of Creditor   The Bank of New York Mellon, the successor to JPMorgan Chase Bank, as Trustee for CIT Home Equity Loan Trust 2002-1 jodi.hause@phelanhallinan.com, pawb@fedphe.com
    Kevin M Buttery   on behalf of Creditor   The Bank Of New York Mellon kbuttery@rascrane.com
    Kevin M Buttery   on behalf of Creditor   The Bank Of New York Mellon et al kbuttery@rascrane.com
    Lauren Berschler Karl   on behalf of Creditor   The Bank Of New York Mellon lkarl@rascrane.com, lbkarl03@yahoo.com
    Laurence A. Mester   on behalf of Creditor   Capital One Auto Finance lmester@mesterschwartz.com, jottinger@mesterschwartz.com;jschwartz@mesterschwartz.com
    Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
    Robert H. Slone, Trustee   robertslone223@gmail.com,   rslone@pulsenet.com;pa07@ecfcbis.com
    Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
    Sindi Mncina   on behalf of Creditor   The Bank of New York Mellon, the successor to JPMorgan Chase Bank, as Trustee for CIT Home Equity Loan Trust 2002-1 smncina@rascrane.com
    Thomas Song   on behalf of Creditor   The Bank Of New York Mellon et al pawb@fedphe.com
    TOTAL: 17