**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Van C. Jacobs** | Social Security number or ITIN   **xxx–xx–9966** |
| | First Name   Middle Name   Last Name | EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2 | **Phyllis E. Jacobs** | Social Security number or ITIN   **xxx–xx–8397** |
| (Spouse, if filing) | First Name   Middle Name   Last Name | EIN   _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA** | | Date case filed in chapter **13**   **12/13/17** |
| Case number:   **17–24995–CMB** | | Date case converted to chapter **7**   **10/16/19** |

## Official Form 309B (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set                    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Van C. Jacobs | | Phyllis E. Jacobs |
| 2. | **All other names used in the last 8 years** | aka Vance C. Jacobs, fdba Jacobs Trucking | | |
| 3. | **Address** | 109 Braddock Road<br>Smithfield, PA 15478 | | 109 Braddock Road<br>Smithfield, PA 15478 |
| 4. | **Debtor's attorney**<br>Name and address | Daniel R. White<br>Zebley Mehalov & White, p.c.<br>18 Mill Street Square<br>P.O. Box 2123<br>Uniontown, PA 15401<br>U.S.A. | | Contact phone 724–439–9200<br><br>Email:  zmwchapter13@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Robert H. Slone, Trustee<br>223 South Maple Avenue<br>Greensburg, PA 15601 | | Contact phone 724–834–2990<br><br>Email:  robertslone223@gmail.com |

**For more information, see page 2 >**

Debtor **Van C. Jacobs** and **Phyllis E. Jacobs**                                    Case number **17–24995–CMB**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 412–644–2700<br><br>Date: 10/16/19 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **November 18, 2019 at 11:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**First Floor Conference Room, Public Service Building, 22 East Main Street, Uniontown, PA 15401** |
| **8.** | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. |

| | | |
|---|---|---|
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline: 1/17/20** |
| | **You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4) or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 2/26/18** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 6/11/18** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Liquidation of the debtor's property and payment of creditors' claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property that is not exempt. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim as described above. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309B (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**                                    page **2**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 17-24995-CMB
Van C. Jacobs                                                             Chapter 7
Phyllis E. Jacobs
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2           User: nsha              Page 1 of 5              Date Rcvd: Oct 16, 2019
                              Form ID: 309B            Total Noticed: 150


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 18, 2019.
```
db/jdb     +Van C. Jacobs,    Phyllis E. Jacobs,    109 Braddock Road,    Smithfield, PA 15478-1202
aty        +James Warmbrodt,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
             Philadelphia, PA 19106-1541
aty        +Jerome B. Blank,    Phelan Hallinan Diamond & Jones, LLP,    Omni William Penn Office Tower,
             555 Grant Street, Suite 300,    Pittsburgh, PA 15219-4408
aty        +Jodi L. Hause,    Phelan Hallinan Diamond & Jones, LLP,    Omni William Penn Office Tower,
             555 Grant Street, Suite 300,    Pittsburgh, PA 15219-4408
aty        +Kevin M Buttery,    RAS Crane,    10700 Abbotts Bridge Road,    Suite 170,    Duluth, GA 30097-8461
aty        +Lauren Berschler Karl,    P.O. Box 305,    Ingomar, PA 15127-0305
aty        +Laurence A. Mester,    Mester & Schwartz, P.C.,    1333 Race Street,
             Philadelphia, PA 19107-1556
aty        +Sindi Mncina,    RAS Crane LLC,    10700 Abbott's Bridge Road,    Suite 170,
             Duluth, GA 30097-8461
aty        +Thomas Song,    Phelan Hallinan Diamond & Jones, LLP,    1617 JFK Boulevard,    Suite 1400,
             Philadelphia, PA 19103-1814
tr         +Robert H. Slone, Trustee,    223 South Maple Avenue,    Greensburg, PA 15601-3232
cr         +The Bank Of New York Mellon,    Robertson, Anschutz & Schneid, P.L.,
             6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
cr         +The Bank of New York Mellon, the successor to JPMo,    RAS CRANE, LLC,
             10700 ABBOTT'S BRIDGE ROAD, SUITE 170,    DULUTH, GA 30097-8461
14744588   +Aaron's Sales & Lease Ownership,    575 Morgantown Road,    Uniontown, PA 15401-5419
14744592    Allegheny General Hospital,    P.O. Box 644662,    Pittsburgh, PA 15264-4662
14744594   +Ameripath Pittsburgh, PC,    P.O. Box 531029,    Atlanta, GA 30353-1029
14744595    Arrow Financial Services,    5996 West Touhy Avenue,    Niles, IL 60714-4610
14744597   +Atlantic Broadband,    120 Southmont Boulevard,    Johnstown, PA 15905-4291
14744598   +Audio Service Plus,    Jenkins Service,    865 Morgantown Street,    Point Marion, PA 15474-1273
14744609   ++++CHRISTENSON TRANSPORTATION, INC.,    2301 W OLD ROUTE 66,    STRAFFORD MO 65757-7428
             (address filed with court:  Christenson Transportation, Inc.,    2001 West Old Route 66,
             Strafford, MO 65757)
14744602    Caliber Home Loans,    P.O. Box 24610,    Oklahoma City, OK 73124-0610
14744604   +Capital One Auto Finance,    9441 LBJ Freeway--Suite 350,    Dallas, TX 75243-4545
14744608   +Center Independent Oil Company,    407 Rowes Run Road,    Smock, PA 15480-1009
14744610   +Cintas,    P.O. Box 625737,    Cincinnati, OH 45262-5737
14744611   +Citgo Oil,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
14744613   +Clar-Mac Sales,    200 Penn Street,    P.O. Box 157,    Point Marion, PA 15474-0157
14744614   +Collection Service Center, Inc.,    P.O. Box 2060,    Fairmont, WV 26555-2060
14744615   +Communications Recovery Bureau,    3770 East Desert Inn Road,    Suite 305,
             Las Vegas, NV 89121-3339
14744617    CorEvolution,    7850 Runnfer Avenue,    Van Nuys, CA 91406
14744616   +Cordia Communications Corp.,    13275 West Colonial Drive,    Winter Garden, FL 34787-3984
14744619   +Creative Computer Concepts,    107 Morgantown Street,    Uniontown, PA 15401-4244
14744621   +Credit Collections, USA,    16 Distributor Drive--Suite 1,    Morgantown, WV 26501-0121
14744626   +Diversified Collections, Inc.,    1165 Garden Street,    P.O. Box 200,
             Greensburg, PA 15601-0200
14744629   +Ethan & Assocaites,    399 Asbury Drive,    Mandeville, LA 70471-3461
14744630    Fayette Physician Network,    P.O. Box 371980,    Pittsburgh, PA 15250-7980
14744631   +Fayette Tire,    350 Pittsburgh Street,    Uniontown, PA 15401-2358
14744633   +Foundation Radiology Group, PC,    75 Remittance Drive #3310,    Chicago, IL 60675-1001
14744637   +GNS, Inc.,    6452 Fig Street--Suite A,    Arvada, CO 80004-1060
14744638   +Guardian Protection Services,    174 Thorn Hill Road,    Warrendale, PA 15086-7528
14744639   +Hartford Insurance Co.,    One Hartford Plaza,    Hartford, CT 06155-0001
14744641   +Hunter's Truck Sales & Service,    519 Pittsburgh Road,    Butler, PA 16002-7693
14744642   +Imperial A.I. Credit Companies,    101 Hudson Street,    Jersey City, NJ 07302-3993
14744643   +Inland Empire Industrial Supply,    12741 Magnolia Avenue--Suite 100,    Riverside, CA 92503-4682
14744713   #+Joseph Yonko and Lolita Sharp,    135 Marie Drive,    Uniontown, PA 15401-9063
14744646    La Chapelle Credit Service, Inc.,    P.O. Box 1653,    Green Bay, WI 54305-1653
14744647   +Lamont, Hanley & Associates, Inc.,    1138 Elm Street,    Manchester, NH 03101-1531
14744648   +Laurel Medical Imaging Associates,    122 Bitner Road,    Uniontown, PA 15401-6202
14744649   +Lease Finance Group Div. CIT Financial,    7700 Equitable Drive--Suite 203,
             Eden Prairie, MN 55344-3684
14744652   +M.T.S. Truck Repair,    P.O. Box 78,    Smithfield, PA 15478-0078
14744696    Mark J. Udren & Associates,    Woodcrest Corporate Center,    111 Woodcrest Road, Suite 200,
             Cherry Hill, NJ 08003-3620
14744655   +Meyersdale Truck Service & Brokerage,    P.O. Box 91,    Meyersdale, PA 15552-0091
14744657   +Monongalia General Hospital,    1200 JD Anderson Drive,    Morgantown, WV 26505-3486
14744660    NCO Financial Systems, Inc.,    P.O. Box 41593,    Philadelphia, PA 19101-1593
14744659    NCO Financial Systems, Inc.,    P.O. Box 8148,    Philadelphia, PA 19101-8148
14755665   +National Capital Management, Inc.,    P.O. Box 12786,    Norfolk, VA 23541-0786
14744661   +Northern Tool + Equipment,    2800 Southcross Drive West,    Burnsville, MN 55306-6936
14744663   +Overall Supply, Inc.,    Lighting/Chemical Division,    823 East Gate Drive, Unit #2,
             Mount Laurel, NJ 08054-1202
14744664   +Oxford Collection Service,    135 Maxess Road--Suite 2A,    Melville, NY 11747-3801
```

```
District/off: 0315-2          User: nsha              Page 2 of 5            Date Rcvd: Oct 16, 2019
                              Form ID: 309B            Total Noticed: 150
```

```
14744672      ++POS T VAC,   PO BOX 1436,   DODGE CITY KS 67801-1436
                (address filed with court: Pos-T-Vac,   4811 Technology Drive,   Augusta, GA 30907)
14755666      +PRA Receivables Management, Inc.,   P.O. Box 12914,   Norfolk, VA 23541-0914
14744666       Palmaris Imaging West Virginia,   P.O. Box 890772,   Charlotte, NC 28289-0772
14744667       Phillips & Cohen Associates,   Mail Stop: 760,   1002 Justison Street,
                Wilmington, DE 19801-5148
14744668      +Physician Diagnostic Services, LLC,   P.O. Box 101475,   Atlanta, GA 30392-1475
14744669      +Pineview Gynecology,   1322 Pineview Drive,   Morgantown, WV 26505-0709
14744673      +Preferred Transportation Self-Insured,   770 Pilot Road--Suite 1,   Las Vegas, NV 89119-9008
14744674       Professional Anesthesia Services,   P.O. Box 1506,   Charleston, WV 25325-1506
14744675      +Professional Collectors,   220 East 8th Street,   Parkersburg, WV 26101-4615
14744678      +QuantumLink,   4380 Boulder Highway,   Las Vegas, NV 89121-3002
14744679      +Receivable Management Corporation,   P.O. Box 2471,   Woburn, MA 01888-0871
14744628      +Robert S. English, Jr., M.D.,   2160 Springhill Furnace Road,   Smithfield, PA 15478-1428
14744681       Rosnick's Collision Parts,   215 South Main Street,   Point Marion, PA 15474
14744682       Schneider National,   P.O. Box 1653,   Green Bay, WI 54305-1653
14744686      +Show Accounting & Tax Preparation Svcs.,   P.O. Box 89,   Hopwood, PA 15445-0089
14744687       SilverScript Insurance Company,   P.O. Box 94471,   Palatine, IL 60094-4471
14744689      +Solomon and Solomon,   Columbia Circle,   P.O. Box 15019,   Albany, NY 12212-5019
14744690      +Southwestern Endoscopy Center,   300 Spring Creek Lane--Lower Level,   Uniontown, PA 15401-9069
14744692       Staples,   P.O. Box 6403,   Sioux Falls, SD 57117-6403
14776988      +Toyota Motor Credit Corporation,   P.O. Box 9013,   Addison, TX 75001-9013
14756120      +Toyota Motor Credit Corporation,   PO Box 9013,   Addison, Texas 75001-9013
14744695       Transport International Pool, Inc.,   161 North Clark Street,   Chicago, IL 60601-3206
14744697       Uniontown Hospital,   500 West Berkeley Street,   Uniontown, PA 15401-5596
14744698      +United Bank, Inc.,   2650 Grand Central Avenue,   Vienna, WV 26105-1353
14744699       United Collection Bureau, Inc.,   P.O. Box 140190,   Toledo, OH 43614-0190
14744700       Valentine & Kebartas,   P.O. Box 325,   Lawrence, MA 01842-0625
14744710      +Wex Fleet Fueling,   613 Bakertown Road,   Antioch, TN 37013-2657
14744711      +Wolpoff & Abramson,   Two Irvington Centre,   702 King Farm Boulevard,
                Rockville, MD 20850-5915
14744712      +Wright Express Corporation,   P.O. Box 639,   Portland, ME 04104-0639

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: zmwchapter13@gmail.com Oct 17 2019 03:53:39      Daniel R. White,
                Zebley Mehalov & White, p.c.,   18 Mill Street Square,   P.O. Box 2123,   Uniontown, PA 15401,
                U.S.A.
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 17 2019 03:55:25      Pennsylvania Dept. of Revenue,
                Department 280946,   P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
                Harrisburg, PA  17128-0946
ust           +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Oct 17 2019 03:55:59
                Office of the United States Trustee,   Liberty Center.,   1001 Liberty Avenue, Suite 970,
                Pittsburgh, PA 15222-3721
cr            +EDI: AISACG.COM Oct 17 2019 07:28:00      Capital One Auto Finance, a division of Capital On,
                4515 N Santa Fe Ave. Dept. APS,   Oklahoma City, OK 73118-7901
14744591       EDI: AFNIRECOVERY.COM Oct 17 2019 07:23:00      AFNI,   404 Brock Drive,   P.O. Box 3517,
                Bloomington, IL 61702-3517
14744593       EDI: PHINAMERI.COM Oct 17 2019 07:23:00      AmeriCredit Bankruptcy Department,
                P.O. Box 183853,   Arlington, TX 76096-3853
14744589      +E-mail/Text: jhill@arc1.biz Oct 17 2019 03:56:05      Account Resolution Corporation,
                700 Goddard Avenue,   Chesterfield, MO 63005-1100
14744596       EDI: ARSN.COM Oct 17 2019 07:23:00      Associated Recovery Systems,   P.O. Box 469046,
                Escondido, CA 92046-9046
14744599       E-mail/PDF: resurgentbknotifications@resurgent.com Oct 17 2019 03:57:36      B-Line, LLC,
                Mail Stop 550,   P.O. Box 91121,   Seattle, WA 98111-9221
14744600       EDI: HFC.COM Oct 17 2019 07:23:00      Beneficial,   P.O. Box 4153-K,
                Carol Stream, IL 60197-4153
14744601      +E-mail/Text: cmiller@cabrmc.com Oct 17 2019 03:56:33      CAB Collection Agency,
                P.O. Box 62889,   North Charleston, SC 29419-2889
14744603       EDI: CAPITALONE.COM Oct 17 2019 07:23:00      Capital One,   c/o TSYS Total Debt Management,
                P.O. Box 5155,   Norcross, GA 30091
14744607       EDI: CBCSI.COM Oct 17 2019 07:23:00      CBCS,   P.O. Box 163250,   Columbus, OH 43216-3250
14744676       EDI: CHASE.COM Oct 17 2019 07:23:00      Providian,   P.O. Box 660509,   Dallas, TX 75266-0509
15090029      +EDI: AISACG.COM Oct 17 2019 07:28:00      Capital One Auto Finance, a division of Capital On,
                P.O. Box 4360,   Houston, TX 77210-4360
14759240      +EDI: AISACG.COM Oct 17 2019 07:28:00      Capital One Auto Finance, c/o AIS Portfolio Servic,
                P.O. Box 4360,   Houston, TX 77210-4360
14744605       EDI: CAPITALONE.COM Oct 17 2019 07:23:00      Capital One, N.A.,
                by American InfoSource LP as agent,   P.O. Box 71083,   Charlotte, NC 28272-1083
14744606      +EDI: CBSAMERIMARK Oct 17 2019 07:23:00      Carol Wright Gifts,   1112 7th Avenue,
                Monroe, WI 53566-1364
14744612      +EDI: CITICORP.COM Oct 17 2019 07:23:00      Citi Card,   P.O. Box 6500,
                Sioux Falls, SD 57117-6500
14744618       EDI: CBS7AVE Oct 17 2019 07:23:00      Country Door Inspirations,   1112 7th Avenue,
                Monroe, WI 53566-1364
14744620      +EDI: CCS.COM Oct 17 2019 07:23:00      Credit Collection Services,
                Two Wells Avenue, Dept. 9133,   Newton, MA 02459-3225
14744622      +E-mail/Text: bdsupport@creditmanagementcompany.com Oct 17 2019 03:56:33
                Credit Management Company,   2121 Noblestown Road,   P.O. Box 16346,
                Pittsburgh, PA 15242-0346
```

```
District/off: 0315-2          User: nsha              Page 3 of 5              Date Rcvd: Oct 16, 2019
                             Form ID: 309B            Total Noticed: 150
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
14744623        EDI: CREDPROT.COM Oct 17 2019 07:23:00      Credit Protection Association,    P.O. Box 802068,
                Dallas, TX 75380-2068
14744625        EDI: ESSL.COM Oct 17 2019 07:23:00      Dish Network,    P.O. Box 94063,
                Palatine, IL 60094-4063
14744627       +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 17 2019 03:58:12
                East Bay Funding, LLC,   c/o Resurgent Capital Services,    P.O. Box 288,
                Greenville, SC 29602-0288
14778317       +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 17 2019 03:58:49
                East Bay Funding, LLC its successors and assigns,    as assignee of Roundup Funding L.L.C.,
                Resurgent Capital Services,    PO Box 288,    Greenville, SC 29602-0288
14744632        EDI: AMINFOFP.COM Oct 17 2019 07:23:00      First Premier Bank,    P.O. Box 5524,
                Sioux Falls, SD 57117-5524
14744635        EDI: CBS7AVE Oct 17 2019 07:23:00      Ginny's,    1112 7th Avenue,    Monroe, WI 53566-1364
14744640       +EDI: HFC.COM Oct 17 2019 07:23:00      HSBC Card Services,    P.O. Box 80084,
                Salinas, CA 93912-0084
14744644        EDI: IRS.COM Oct 17 2019 07:28:00      Internal Revenue Service,    P.O. Box 7346,
                Philadelphia, PA 19101-7346
14744645        EDI: JEFFERSONCAP.COM Oct 17 2019 07:23:00      Jefferson Capital Systems,    P.O. Box 7999,
                Saint Cloud, MN 56302-9617
14744650       +EDI: LTDFINANCIAL.COM Oct 17 2019 07:23:00      LTD Financial Services,
                7322 Southwest Freeway, Suite 1600,    Houston, TX 77074-2134
14744651        E-mail/PDF: resurgentbknotifications@resurgent.com Oct 17 2019 03:57:39
                LVNV Funding/Resurgent Capital,    P.O. Box 10587,    Greenville, SC 29603-0587
14779211        EDI: MERRICKBANK.COM Oct 17 2019 07:23:00      MERRICK BANK,    Resurgent Capital Services,
                PO Box 10368,    Greenville, SC 29603-0368
14779211        E-mail/PDF: MerrickBKNotifications@Resurgent.com Oct 17 2019 03:57:24      MERRICK BANK,
                Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
14774657       +EDI: MID8.COM Oct 17 2019 07:23:00      MIDLAND FUNDING LLC,    PO BOX 2011,
                Warren MI 48090-2011
14744653       +EDI: CBSMASON Oct 17 2019 07:23:00      Mason Easy-Pay,    1251 First Avenue,
                Chippewa Falls, WI 54774-9998
14744654        EDI: MERRICKBANK.COM Oct 17 2019 07:23:00      Merrick Bank,    P.O. Box 9201,
                Old Bethpage, NY 11804-9001
14744654        E-mail/PDF: MerrickBKNotifications@Resurgent.com Oct 17 2019 03:57:20      Merrick Bank,
                P.O. Box 9201,    Old Bethpage, NY 11804-9001
14744656        EDI: CBS7AVE Oct 17 2019 07:23:00      Midnight Velvet,    1112 7th Avenue,
                Monroe, WI 53566-1364
14744662        EDI: HFC.COM Oct 17 2019 07:23:00      Orchard Bank,    HSBC Card Services,    P.O. Box 80084,
                Salinas, CA 93912-0084
14744665        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 17 2019 03:55:25      PA Department of Revenue,
                Bankruptcy Division,    P.O. Box 280946,    Harrisburg, PA 17128-0946
14744671        EDI: PRA.COM Oct 17 2019 07:23:00      Portfolio Recovery,    130 Corporate Boulevard,
                Norfolk, VA 23502
14777627        EDI: PRA.COM Oct 17 2019 07:23:00      Portfolio Recovery Associates, LLC,    POB 12914,
                Norfolk, VA 23541
14750389        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 17 2019 03:55:25
                Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                Harrisburg, PA 17128-0946
14744677        E-mail/Text: bankruptcynotices@pch.com Oct 17 2019 03:55:04      Publishers Clearing House,
                P.O. Box 26311,    Lehigh Valley, PA 18002-6311
14744680       +EDI: RMCB.COM Oct 17 2019 07:23:00      RMCB,    2260 South Saw Mill River Road, Bldg. 3,
                Elmsford, NY 10523-3822
14744683        EDI: CBS7AVE Oct 17 2019 07:23:00      Seventh Avenue,    1112 7th Avenue,
                Monroe, WI 53566-1364
14744684       +E-mail/Text: ECF@SHERMETA.COM Oct 17 2019 03:56:18      Shermeta Adams & Von Allmen,
                P.O. Box 80908,    Rochester, MI 48308-0908
14744685        EDI: CBSAMERIMARK Oct 17 2019 07:23:00      Shop Now Pay Plan,    P.O. Box 2852,
                Monroe, WI 53566-8052
14744688        E-mail/PDF: clerical@simmassociates.com Oct 17 2019 03:58:38      Simm Associates, Inc.,
                P.O. Box 7526,    Newark, DE 19714-7526
14744691        EDI: WFNNB.COM Oct 17 2019 07:23:00      Spiegel/Comenity Bank,    P.O. Box 182125,
                Columbus, OH 43218-2125
14779772       +EDI: CHRYSLER.COM Oct 17 2019 07:23:00      TD Auto Finance,    PO BOX 551080,
                Jacksonville FL 32255-1080
14744694       +EDI: CHRYSLER.COM Oct 17 2019 07:23:00      TD Auto Finance,    P.O. Box 9223,
                Farmington Hills, MI 48333-9223
14778235       +E-mail/Text: bncmail@w-legal.com Oct 17 2019 03:56:18      TD Bank USA, N.A.,
                C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
14774171       +E-mail/Text: ECMBKMail@Caliberhomeloans.com Oct 17 2019 03:57:07
                THE BANK OF NEW YORK MELLON,   c/o Caliber Home Loans,    13801 Wireless Way,
                Oklahoma City OK 73134-2500
14744693        EDI: WTRRNBANK.COM Oct 17 2019 07:23:00      Target National Bank,   c/o Target Card Services,
                P.O. Box 1581,    Minneapolis, MN 55440-1581
14744702       +E-mail/Text: ebn@vantagesourcing.com Oct 17 2019 03:56:34      Vantage Sourcing,    P.O. Box 6786,
                Dothan, AL 36302-6786
14744703       +EDI: VERIZONCOMB.COM Oct 17 2019 07:23:00      Verizon,    Attn: Bankruptcy,
                500 Technology Drive,    Weldon Spring, MO 63304-2225
```

```
District/off: 0315-2              User: nsha             Page 4 of 5            Date Rcvd: Oct 16, 2019
                                 Form ID: 309B           Total Noticed: 150
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
14779650        EDI: AIS.COM Oct 17 2019 07:23:00     Verizon,   by American InfoSource LP as agent,
                PO Box 248838,   Oklahoma City, OK  73124-8838
14744704        EDI: VERIZONCOMB.COM Oct 17 2019 07:23:00     Verizon Wireless Bankruptcy Admin.,
                P.O. Box 3397,   Bloomington, IL 61702-3397
14744705       +E-mail/Text: bncmail@w-legal.com Oct 17 2019 03:56:18    Weinstein & Riley,
                2001 Western Avenue--Suite 400,   Seattle, WA 98121-3132
14744706        EDI: WFFC.COM Oct 17 2019 07:23:00     Wells Fargo Card Services,   P.O. Box 10347,
                Des Moines, IA 50306-0347
14744707        EDI: WESTASSET.COM Oct 17 2019 07:23:00     West Asset Management,   P.O. Box 790113,
                Saint Louis, MO 63179-0113
14744708        EDI: WESTASSET.COM Oct 17 2019 07:23:00     West Asset Management, Inc.,   P.O. Box 105751,
                Atlanta, GA 30348-5751
14744709        E-mail/Text: hbbankruptcynotices@wvumedicine.org Oct 17 2019 03:54:45
                West Virginia University Hospitals,   Patient Accounting Office,   P.O. Box 1127,
                Morgantown, WV 26507-1127
                                                                              TOTAL: 66


                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Capital One Auto Finance
cr              The Bank Of New York Mellon et al
cr              Toyota Motor Credit Corporation
14744590        ##Accounts Receivable Management, Inc.,   P.O. Box 129,   Thorofare, NJ 08086-0129
14744624        ##+Deily, Mooney & Glastetter,   8 Thurlow Terrace,   Albany, NY 12203-1006
14744636        ##Glenn Associates Md-Atlantic, Inc.,   P.O. Box 159,   Laurel, MD 20725-0159
14744634        ##+Malcolm S. Gerald and Associates,   332 South Michigan Avenue--Suite 600,
                Chicago, IL 60604-4318
14744658        ##+Morgantown Internal Medicine Group,   300 Wedgewood Drive,   Morgantown, WV 26505-2494
14744701        ##+Van Ru Credit Corporation,   P.O. Box 2751,   Des Plaines, IL 60017-2751
14744670        ##+Wayne H. Port, Esq.,   George, Port & George,   Suite One, 92 East Main Street,
                Uniontown, PA 15401-3577
                                                                      TOTALS: 3, * 0, ## 7
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 16, 2019 at the address(es) listed below:
```
              Daniel R. White    on behalf of Plaintiff Van C. Jacobs zmwchapter13@gmail.com,
                gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com
              Daniel R. White    on behalf of Joint Debtor Phyllis E. Jacobs zmwchapter13@gmail.com,
                gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com
              Daniel R. White    on behalf of Debtor Van C. Jacobs zmwchapter13@gmail.com,
                gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com
              Daniel R. White    on behalf of Plaintiff Phyllis E. Jacobs zmwchapter13@gmail.com,
                gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com
              James Warmbrodt    on behalf of Creditor  Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
```

District/off: 0315-2          User: nsha               Page 5 of 5               Date Rcvd: Oct 16, 2019
                             Form ID: 309B             Total Noticed: 150

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jerome B. Blank    on behalf of Creditor    The Bank Of New York Mellon et al pawb@fedphe.com
          Jodi L. Hause   on behalf of Creditor    The Bank Of New York Mellon et al
           jodi.hause@phelanhallinan.com,   pawb@fedphe.com
          Jodi L. Hause   on behalf of Creditor    The Bank of New York Mellon, the successor to JPMorgan
           Chase Bank, as Trustee for CIT Home Equity Loan Trust 2002-1 jodi.hause@phelanhallinan.com,
           pawb@fedphe.com
          Kevin M Buttery    on behalf of Creditor    The Bank Of New York Mellon kbuttery@rascrane.com
          Kevin M Buttery    on behalf of Creditor    The Bank Of New York Mellon et al kbuttery@rascrane.com
          Lauren Berschler Karl    on behalf of Creditor    The Bank Of New York Mellon lkarl@rascrane.com,
           lbkarl03@yahoo.com
          Laurence A. Mester    on behalf of Creditor    Capital One Auto Finance lmester@mesterschwartz.com,
           jottinger@mesterschwartz.com;jschwartz@mesterschwartz.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Robert H. Slone, Trustee    robertslone223@gmail.com,   rslone@pulsenet.com;pa07@ecfcbis.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Sindi  Mncina    on behalf of Creditor    The Bank of New York Mellon, the successor to JPMorgan
           Chase Bank, as Trustee for CIT Home Equity Loan Trust 2002-1 smncina@rascrane.com
          Thomas  Song    on behalf of Creditor    The Bank Of New York Mellon et al pawb@fedphe.com
                                                                                    TOTAL: 17