**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Van C. Jacobs** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Phyllis E. Jacobs** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: WESTERN DISTRICT OF PENNSYLVANIA

Case number    **17-24995 CMB**
(if known)

☐ Check if this is an amended filing

# Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7    12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**

■ **creditors have claims secured by your property, or**

■ **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

## Part 1: List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Aaron's Sales & Lease Ownership** <br><br> Description of property securing debt: **Stove and refrigerator** | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* <br> ■ Retain the property and [explain]: <br> **Retain and pay** | ■ No <br><br> ☐ Yes |
| Creditor's name: **Portfolio Recovery Associates, LLC** <br><br> Description of property securing debt: **Residence, a 3 bedroom, 2 bath double-wide modular home w/2 car attached garage situate on .28 of an acre @ 109 Braddock Road, Smithfield, PA.** | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* <br> ■ Retain the property and [explain]: <br> **Retain and pay** | ■ No <br><br> ☐ Yes |
| Creditor's name: **TBONY c/o Caliber Home Loans** | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a | ■ No <br><br> ☐ Yes |

Official Form 108    **Statement of Intention for Individuals Filing Under Chapter 7**    page 1

| Debtor 1 | **Van C. Jacobs** | | |
|---|---|---|---|
| Debtor 2 | **Phyllis E. Jacobs** | Case number (*if known*) | **17-24995 CMB** |

| Description of property securing debt: | **Residence @ 109 Braddock Road, Smithfield, PA.** | *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br>**Retain and pay** | |
|---|---|---|---|

| Creditor's name: | **Toyota Motor Credit Corporation** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ No<br><br>☐ Yes |
|---|---|---|---|
| Description of property securing debt: | **2016 Toyota 4 Runner Location: 109 Braddock Road, Smithfield PA 15478** | | |

**Part 2:    List Your Unexpired Personal Property Leases**

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| **Describe your unexpired personal property leases** | | **Will the lease be assumed?** |
|---|---|---|
| Lessor's name: | **Aaron's Sales & Lease Ownership** | ☐ No<br><br>■ Yes |
| Description of leased Property: | **Rent-to-own agreement to purchase stove and refrigerator.** | |

**Part 3:    Sign Below**

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

| X **/s/ Van C. Jacobs** | X **/s/ Phyllis E. Jacobs** |
|---|---|
| **Van C. Jacobs**<br>Signature of Debtor 1 | **Phyllis E. Jacobs**<br>Signature of Debtor 2 |
| Date **October 24, 2019** | Date **October 24, 2019** |