File No. 3953-006

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 7 |
| | : | |
| Van C. Jacobs and Phyllis E. Jacobs, | : | Case No. 17-24995 CMB |
| | : | |
| Debtors. | : | Document No.: |

### DEBTORS' POST-CONVERSION REPORT
### PURSUANT TO BANKRUPTCY RULE 1019(5)

The Debtors file the following report, pursuant to Bankruptcy Rule 1019(5) and the Order converting Case Under Chapter 13 to Case Under Chapter 7:

1. Property acquired after the commencement of this case, but before the entry of the conversion order: consists of Debtors' earnings.

2. Debtors assumed no executory contracts.

3. Debtors incurred this additional debt following the commencement of the case, but prior to entry of the order for conversion:

   West Virginia University Hospitals
   Patient Accounting Office
   P.O. Box 1127
   Morgantown WV 26507-1127

Respectfully submitted,

/s/ Van C. Jacobs
Van C. Jacobs, Debtor

/s/ Phyllis E. Jacobs
Phyllis E. Jacobs, Co-Debtor

ZEBLEY MEHALOV & WHITE, P.C.

BY

/s/ Charles O. Zebley, Jr.
Charles O. Zebley, Jr.
PA ID No. 28980
P.O. Box 2123
Uniontown, PA 15401
(724) 439-9200
Attorneys for Debtors