# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA
### PITTSBURGH DIVISION

In re: | Case No. 17-24995CMB

VAN C. JACOBS
PHYLLIS E. JACOBS
Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Ronda J. Winnecour, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 12/13/2017.

2) The plan was confirmed on 03/20/2018.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1328 on 02/04/2019.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 09/17/2019.

5) The case was converted on 10/16/2019.

6) Number of months from filing to last payment: 0.

7) Number of months case was pending: 22.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $3,837.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $31,431.00 |
| Less amount refunded to debtor | $5.00 |

**NET RECEIPTS:** $31,426.00

**Expenses of Administration:**

|  |  |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,899.77 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,398.82 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,298.59

Attorney fees paid and disclosed by debtor: $500.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AARONS SALES AND LEASE OWNEI | Secured | 1,761.00 | NA | 1,761.00 | 0.00 | 0.00 |
| ALLEGHENY GENERAL HOSPITAL | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| AMERICREDIT FNCL SVCS INC* | Unsecured | 25,151.84 | NA | NA | 0.00 | 0.00 |
| AMERIPATH | Unsecured | 295.00 | NA | NA | 0.00 | 0.00 |
| ATLANTIC BROADBAND* | Unsecured | 203.00 | NA | NA | 0.00 | 0.00 |
| AUDIO SERVICE PLUS | Unsecured | 387.00 | NA | NA | 0.00 | 0.00 |
| BANK OF NEW YORK MELLON - T1 | Secured | 0.00 | 51,726.73 | 51,726.73 | 0.00 | 0.00 |
| BANK OF NEW YORK MELLON - T1 | Secured | 99,831.83 | 141,031.19 | 0.00 | 13,394.16 | 0.00 |
| BANK OF NEW YORK MELLON - T1 | Priority | 0.00 | 350.00 | 0.00 | 0.00 | 0.00 |
| BANK OF NEW YORK MELLON - T1 | Priority | 0.00 | 600.00 | 0.00 | 0.00 | 0.00 |
| BENEFICIAL FINANCE/CDC(*)++ | Unsecured | 4,583.85 | NA | NA | 0.00 | 0.00 |
| B-LINE LLC* | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE - DI | Unsecured | 0.00 | 13,179.01 | 13,179.01 | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE** | Secured | 23,000.00 | 0.00 | 3,097.68 | 3,097.68 | 1,127.05 |
| CAPITAL ONE(*) | Unsecured | 3,152.84 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE(*) | Unsecured | 2,408.54 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE(*) | Unsecured | 2,172.41 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE(*) | Unsecured | 1,853.51 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE(*) | Unsecured | 1,202.31 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE(*) | Unsecured | 842.55 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE(*) | Unsecured | 582.00 | NA | NA | 0.00 | 0.00 |
| CAROL WRIGHT & GIFTS | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| CENTER INDEPENDENT OIL | Unsecured | 950.00 | NA | NA | 0.00 | 0.00 |
| CHRISTENSON TRANSPORTATION | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CINTAS CORP | Unsecured | 425.00 | NA | NA | 0.00 | 0.00 |
| CITGO/CBSD | Unsecured | 1,195.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK NA(*)++ | Unsecured | 1,011.24 | NA | NA | 0.00 | 0.00 |
| CLAR MAC | Unsecured | 5,000.00 | NA | NA | 0.00 | 0.00 |
| COMENITY BANK | Unsecured | 1,016.05 | NA | NA | 0.00 | 0.00 |
| CORDIA CORPORATION | Unsecured | 140.00 | NA | NA | 0.00 | 0.00 |

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| COREVOLUTION | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| CREATIVE COMPUTER CONCEPTS | Unsecured | 1,146.00 | NA | NA | 0.00 | 0.00 |
| DISH NETWORK | Unsecured | 179.00 | NA | NA | 0.00 | 0.00 |
| EAST BAY FUNDING LLC - ASSIGNE | Unsecured | 6,382.55 | 6,382.55 | 6,382.55 | 0.00 | 0.00 |
| EQUITY ONE | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| FAYETTE PHYSICIAN NETWORK | Unsecured | 341.16 | NA | NA | 0.00 | 0.00 |
| FAYETTE TIRE CO++ | Unsecured | 4,000.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Unsecured | 697.81 | NA | NA | 0.00 | 0.00 |
| FOUNDATION RADIOLOGY GROUP | Unsecured | 115.00 | NA | NA | 0.00 | 0.00 |
| GINNYS | Unsecured | 134.31 | NA | NA | 0.00 | 0.00 |
| GNS INC | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| GUARDIAN PROTECTION SERVICES | Unsecured | 253.75 | 253.75 | 253.75 | 0.00 | 0.00 |
| HARTFORD INSURANCE CO | Unsecured | 580.00 | NA | NA | 0.00 | 0.00 |
| HARTFORD INSURANCE CO | Unsecured | 89.00 | NA | NA | 0.00 | 0.00 |
| HSBC CARD SERVICES | Unsecured | 739.40 | NA | NA | 0.00 | 0.00 |
| HSBC CARD SERVICES | Unsecured | 1,431.00 | NA | NA | 0.00 | 0.00 |
| HUNTERS TRUCK SALES | Unsecured | 622.37 | NA | NA | 0.00 | 0.00 |
| IMPERIAL A I CREDIT CO | Unsecured | 3,851.00 | NA | NA | 0.00 | 0.00 |
| INLAND EMPIRE INDUSTRIAL SUP | Unsecured | 784.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE* | Priority | 2,200.61 | 1,696.01 | 1,696.01 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE* | Unsecured | 0.00 | 508.26 | 508.26 | 0.00 | 0.00 |
| JOSEPH YONKO & LOLITA SHARP | Unsecured | 14,000.00 | NA | NA | 0.00 | 0.00 |
| LAUREL MEDICAL IMAGING ASSOC | Unsecured | 61.00 | NA | NA | 0.00 | 0.00 |
| LEASE FINANCE GROUP | Unsecured | 3,296.00 | NA | NA | 0.00 | 0.00 |
| M T S TRUCK REPAIR | Unsecured | 920.00 | NA | NA | 0.00 | 0.00 |
| MASON EASY PAY | Unsecured | 226.00 | NA | NA | 0.00 | 0.00 |
| MERRICK BANK | Unsecured | 782.04 | 782.04 | 782.04 | 0.00 | 0.00 |
| MEYERSDALE TRUCK SVC & BROK | Unsecured | 1,494.66 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 262.88 | 262.88 | 262.88 | 0.00 | 0.00 |
| MIDNIGHT VELVET | Unsecured | 79.89 | NA | NA | 0.00 | 0.00 |
| MONONGALIA GENERAL HOSPITA | Unsecured | 3,601.00 | NA | NA | 0.00 | 0.00 |
| MORGANTOWN INTERNAL MEDIC | Unsecured | 335.00 | NA | NA | 0.00 | 0.00 |
| NORTHERN TOOL & EQUIPMENT | Unsecured | 281.00 | NA | NA | 0.00 | 0.00 |
| ORCHARD BANK | Unsecured | 338.89 | NA | NA | 0.00 | 0.00 |
| ORCHARD BANK | Unsecured | 389.96 | NA | NA | 0.00 | 0.00 |
| ORCHARD BANK | Unsecured | 388.33 | NA | NA | 0.00 | 0.00 |
| OVERALL SUPPLY INC | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE* | Priority | 438.56 | 419.46 | 419.46 | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE* | Unsecured | 0.00 | 19.80 | 19.80 | 0.00 | 0.00 |
| PALMARIS IMAGING WEST | Unsecured | 116.00 | NA | NA | 0.00 | 0.00 |
| PHYSICIAN DIAGNOSTIC SVCS LLC | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| PINEVIEW GYNECOLOGY | Unsecured | 660.00 | NA | NA | 0.00 | 0.00 |
| POS T VAC | Unsecured | 147.00 | NA | NA | 0.00 | 0.00 |
| PRA AG FUNDING LLC | Unsecured | 40,612.48 | NA | NA | 0.00 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC | Unsecured | 51,493.99 | 46,109.84 | 46,109.84 | 0.00 | 0.00 |
| PREFERRED TRANSPORTATION IN | Unsecured | 6,862.58 | NA | NA | 0.00 | 0.00 |
| PROFESSIONAL ANESTHESIA SERV | Unsecured | 880.00 | NA | NA | 0.00 | 0.00 |
| PROVIDIAN | Unsecured | 6,459.76 | NA | NA | 0.00 | 0.00 |
| PROVIDIAN | Unsecured | 3,127.26 | NA | NA | 0.00 | 0.00 |
| PUBLISHERS CLEARING HOUSE++ | Unsecured | 255.00 | NA | NA | 0.00 | 0.00 |
| QUANTUM LINK | Unsecured | 158.61 | NA | NA | 0.00 | 0.00 |
| ROBERT ENGLISH MD | Unsecured | 1,691.00 | NA | NA | 0.00 | 0.00 |
| ROSNICKS COLLISION PARTS | Unsecured | 325.00 | NA | NA | 0.00 | 0.00 |
| ROSNICKS COLLISION PARTS | Unsecured | 2,743.00 | NA | NA | 0.00 | 0.00 |
| SCHNEIDER NATIONAL CARRIERS | Unsecured | 2,657.02 | NA | NA | 0.00 | 0.00 |
| SEVENTH AVENUE | Unsecured | 760.48 | NA | NA | 0.00 | 0.00 |
| SHOP NOW PAY PLAN | Unsecured | 182.00 | NA | NA | 0.00 | 0.00 |
| SHOW ACCOUNTING & TAX PREPA | Unsecured | 1,894.00 | NA | NA | 0.00 | 0.00 |
| SILVER SCRIPT | Unsecured | 52.00 | NA | NA | 0.00 | 0.00 |

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| SOUTHWESTERN ENDOSCOPY CEN | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| STAPLES | Unsecured | 970.00 | NA | NA | 0.00 | 0.00 |
| TD AUTO FINANCE | Unsecured | 25,804.52 | 53,112.09 | 53,112.09 | 0.00 | 0.00 |
| TD AUTO FINANCE | Unsecured | 15,639.00 | NA | NA | 0.00 | 0.00 |
| TD AUTO FINANCE | Unsecured | 6,081.00 | NA | NA | 0.00 | 0.00 |
| TD AUTO FINANCE | Unsecured | 5,000.00 | NA | NA | 0.00 | 0.00 |
| TD BANK USA NA** | Unsecured | 537.00 | 724.98 | 724.98 | 0.00 | 0.00 |
| THROUGH THE COUNTRY DOOR | Unsecured | 132.53 | NA | NA | 0.00 | 0.00 |
| TOYOTA MOTOR CREDIT CORP (T | Secured | 35,890.60 | 35,890.60 | 9,508.52 | 9,508.52 | 0.00 |
| TRANSPORT INTERNATIONAL PO | Unsecured | 16,369.56 | NA | NA | 0.00 | 0.00 |
| UNIONTOWN HOSPITAL | Unsecured | 1,151.41 | NA | NA | 0.00 | 0.00 |
| UNITED BANK | Unsecured | 395.00 | NA | NA | 0.00 | 0.00 |
| VERIZON | Unsecured | 94.00 | NA | NA | 0.00 | 0.00 |
| VERIZON | Unsecured | 143.37 | NA | NA | 0.00 | 0.00 |
| VERIZON BY AMERICAN INFOSOUF | Unsecured | 353.00 | 101.51 | 101.51 | 0.00 | 0.00 |
| WELLS FARGO CARD SERVICES | Unsecured | 1,525.30 | NA | NA | 0.00 | 0.00 |
| WEST ASSET MANAGEMENT | Unsecured | 592.53 | NA | NA | 0.00 | 0.00 |
| WEX FLEET FUELING | Unsecured | 275.00 | NA | NA | 0.00 | 0.00 |
| WVU HOSPITALS | Unsecured | 73.86 | NA | NA | 0.00 | 0.00 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $13,394.16 | $0.00 |
| Mortgage Arrearage | $51,726.73 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $12,606.20 | $12,606.20 | $1,127.05 |
| All Other Secured | $1,761.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$66,093.93** | **$26,000.36** | **$1,127.05** |
| | | | |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $2,115.47 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$2,115.47** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS**: | **$121,436.71** | **$0.00** | **$0.00** |

| Disbursements: | |
| --- | --- |
| Expenses of Administration | $4,298.59 |
| Disbursements to Creditors | $27,127.41 |
| **TOTAL DISBURSEMENTS** : | **$31,426.00** |

12)  The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 10/25/2019                    By: /s/ Ronda J. Winnecour
                                                            Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**