# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

VAN C. JACOBS
PHYLLIS E. JACOBS
      Debtor(s)

Ronda J. Winnecour
      Movant
     vs.
No Respondents.

Case No.:17-24995

Document No.:

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 12/13/2017  and confirmed on 03/20/2018 .  The case was subsequently    (D)
CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 31,431.00 |
| Less Refunds to Debtor | 5.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 31,426.00 |

| | | |
|---|---:|---:|
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 2,899.77 | |
|   Trustee Fee | 1,398.82 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,298.59 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| BANK OF NEW YORK MELLON - TRUSTEE | 0.00 | 13,394.16 | 0.00 | 13,394.16 |
|   Acct: 8727 | | | | |
| EQUITY ONE | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 2872 | | | | |
| BANK OF NEW YORK MELLON - TRUSTEE | 51,726.73 | 0.00 | 0.00 | 0.00 |
|   Acct: 8727 | | | | |
| AARONS SALES AND LEASE OWNERSHIP | 1,761.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 0407 | | | | |
| CAPITAL ONE AUTO FINANCE** | 3,097.68 | 3,097.68 | 1,127.05 | 4,224.73 |
|   Acct: 5580 | | | | |
| TOYOTA MOTOR CREDIT CORP (TMCC) | 9,508.52 | 9,508.52 | 0.00 | 9,508.52 |
|   Acct: 0803 | | | | |
| | | | | 27,127.41 |
| Priority | | | | |
| DANIEL R WHITE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| VAN C. JACOBS | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Priority** | | | | |
| VAN C. JACOBS | 5.00 | 5.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ZEBLEY MEHALOV & WHITE PC | 1,000.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ZEBLEY MEHALOV & WHITE PC | 3,500.00 | 2,899.77 | 0.00 | 0.00 |
| Acct: | | | | |
| INTERNAL REVENUE SERVICE* | 1,696.01 | 0.00 | 0.00 | 0.00 |
| Acct: 9966 | | | | |
| PA DEPARTMENT OF REVENUE* | 419.46 | 0.00 | 0.00 | 0.00 |
| Acct: 9966 | | | | |
| BANK OF NEW YORK MELLON - TRUSTEE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8727 | | | | |
| BANK OF NEW YORK MELLON - TRUSTEE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8727 | | | | |
| | * * * N O N E * * * | | | |
| **Unsecured** | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 46,109.84 | 0.00 | 0.00 | 0.00 |
| Acct: 1107 | | | | |
| ALLEGHENY GENERAL HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AMERICREDIT FNCL SVCS INC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2122 | | | | |
| AMERIPATH | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5462 | | | | |
| ATLANTIC BROADBAND* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0500 | | | | |
| AUDIO SERVICE PLUS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| B-LINE LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BENEFICIAL FINANCE/CDC(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1245 | | | | |
| CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2091 | | | | |
| CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8930 | | | | |
| CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3022 | | | | |
| CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6933 | | | | |
| CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4354 | | | | |
| CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6801 | | | | |
| CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MIDLAND FUNDING LLC | 262.88 | 0.00 | 0.00 | 0.00 |
| Acct: 1627 | | | | |
| CAROL WRIGHT & GIFTS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 07A4 | | | | |
| CENTER INDEPENDENT OIL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CHRISTENSON TRANSPORTATION INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CINTAS CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1679 | | | | |
| CITGO/CBSD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6533 | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| CITIBANK NA(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CLAR MAC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CORDIA CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3177 | | | | |
| COREVOLUTION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2097 | | | | |
| THROUGH THE COUNTRY DOOR | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CREATIVE COMPUTER CONCEPTS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DISH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8244 | | | | |
| EAST BAY FUNDING LLC - ASSIGNEE | 6,382.55 | 0.00 | 0.00 | 0.00 |
| Acct: 6517 | | | | |
| ROBERT ENGLISH MD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| FAYETTE PHYSICIAN NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| FAYETTE TIRE CO++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6132 | | | | |
| FOUNDATION RADIOLOGY GROUP PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: FRG1 | | | | |
| GINNYS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7630 | | | | |
| GNS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GUARDIAN PROTECTION SERVICES(*) | 253.75 | 0.00 | 0.00 | 0.00 |
| Acct: 1780 | | | | |
| HARTFORD INSURANCE CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| HARTFORD INSURANCE CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9587 | | | | |
| HSBC CARD SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3482 | | | | |
| HSBC CARD SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5755 | | | | |
| HUNTERS TRUCK SALES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: V805 | | | | |
| IMPERIAL A I CREDIT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8774 | | | | |
| INLAND EMPIRE INDUSTRIAL SUPPL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0463 | | | | |
| LAUREL MEDICAL IMAGING ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6008 | | | | |
| LEASE FINANCE GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0101 | | | | |
| M T S TRUCK REPAIR | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1864 | | | | |
| MASON EASY PAY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9002 | | | | |
| AIS PORTFOLIO SERVICES (AMERICAN INI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JEROME BLANK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| NATIONAL CAPITAL MANAGEMENT LLC | 0.00 | 0.00 | 0.00 | 0.00 |

17-24995 **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: | | | | |
| MARK J UDREN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MERRICK BANK | 782.04 | 0.00 | 0.00 | 0.00 |
| Acct: 6449 | | | | |
| MEYERSDALE TRUCK SVC & BROKERA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: V805 | | | | |
| MIDNIGHT VELVET | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MONONGALIA GENERAL HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MORGANTOWN INTERNAL MEDICINE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 20CS | | | | |
| NORTHERN TOOL & EQUIPMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ORCHARD BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7041 | | | | |
| ORCHARD BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6224 | | | | |
| ORCHARD BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9233 | | | | |
| OVERALL SUPPLY INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6125 | | | | |
| PALMARIS IMAGING WEST | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 18 | | | | |
| PHYSICIAN DIAGNOSTIC SVCS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7490 | | | | |
| PINEVIEW GYNECOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| POS T VAC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7222 | | | | |
| PREFERRED TRANSPORTATION INS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1164 | | | | |
| PROFESSIONAL ANESTHESIA SERVIC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4146 | | | | |
| PROVIDIAN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5418 | | | | |
| PROVIDIAN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5588 | | | | |
| PUBLISHERS CLEARING HOUSE++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8289 | | | | |
| QUANTUM LINK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0000 | | | | |
| ROSNICKS COLLISION PARTS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ROSNICKS COLLISION PARTS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SCHNEIDER NATIONAL CARRIERS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SEVENTH AVENUE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SHOP NOW PAY PLAN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 07A4 | | | | |
| SHOW ACCOUNTING & TAX PREPARAT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SILVER SCRIPT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| SOUTHWESTERN ENDOSCOPY CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1850 | | | | |
| COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0820 | | | | |
| STAPLES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5667 | | | | |
| TD BANK USA NA** | 724.98 | 0.00 | 0.00 | 0.00 |
| Acct: 7697 | | | | |
| TD AUTO FINANCE | 53,112.09 | 0.00 | 0.00 | 0.00 |
| Acct: 3614 | | | | |
| TD AUTO FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6534 | | | | |
| TD AUTO FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5999 | | | | |
| TD AUTO FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8000 | | | | |
| TRANSPORT INTERNATIONAL POOL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| UNIONTOWN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| UNITED BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7855 | | | | |
| VERIZON | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1522 | | | | |
| VERIZON | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5630 | | | | |
| VERIZON BY AMERICAN INFOSOURCE LP | 101.51 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| WELLS FARGO CARD SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WEST ASSET MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WVU HOSPITALS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8846 | | | | |
| WEX FLEET FUELING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JOSEPH YONKO & LOLITA SHARP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ACCOUNT RESOLUTION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ACCOUNTS RECEIVABLE MANAGEMENT, | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AFNI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ARROW FINANCIAL SERVICE LLC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ASSOCIATED RECOVERY SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CAB COLLECTION AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CBCS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CREDIT COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CREDIT COLLECTIONS USA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: | | | | |
| CREDIT PROTECTION ASSN. | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MARTIN A MOONEY ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DIVERSIFIED COLLECTIONS*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ETHAN AND ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MALCOLM S GERALD & ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GLENN ASSOCIATES MID ATLANTIC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LA CHAPELLE CREDIT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LAMONT HANLEY & ASSOC INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LTD FINANCIAL SVCS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| NCO FINANCIAL SYSTEMS INC**++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| OXFORD COLLECTION SVC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PHILLIPS & COHEN ASSOCIATES, LTD. | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WAYNE H PORT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| RETRIEVAL MASTERS CREDITORS BUREA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SIMM ASSOC INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SOLOMON & SOLOMON PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| UNITED COLLECTION BUREAU INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| VALENTINE & KEBARTAS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| VAN RU CREDIT++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| VANTAGE SOURCING++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WEINSTEIN & RILEY PS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WEST ASSET MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WOLPOFF & ABRAMSON LLP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AARONS SALES AND LEASE OWNERSHIP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JACOBS TRUCKING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PA DEPARTMENT OF REVENUE* | 19.80 | 0.00 | 0.00 | 0.00 |
| Acct: 9966 | | | | |

| 17-24995 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 7 of 7 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |

Unsecured

| | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| | INTERNAL REVENUE SERVICE* | 508.26 | 0.00 | 0.00 | 0.00 |
| | Acct: 9966 | | | | |
| | CAPITAL ONE AUTO FINANCE - DIV CAPITA | 13,179.01 | 0.00 | 0.00 | 0.00 |
| | Acct: 5580 | | | | |
| | RAS CRANE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

* * * N O N E * * *

| TOTAL PAID TO CREDITORS | | 27,127.41 |
|---|---|---|

TOTAL CLAIMED

| PRIORITY | 2,115.47 |
|---|---|
| SECURED | 66,093.93 |
| UNSECURED | 121,436.71 |

Date: 10/25/2019

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com