**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Van C. Jacobs** | Social Security number or ITIN | **xxx–xx–9966** |
| | First Name   Middle Name   Last Name | EIN | _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Phyllis E. Jacobs** | Social Security number or ITIN | **xxx–xx–8397** |
| | First Name   Middle Name   Last Name | EIN | _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:   **17–24995–CMB**

# Order of Discharge                                                                                                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Van C. Jacobs                                                      Phyllis E. Jacobs
aka Vance C. Jacobs, fdba Jacobs Trucking


1/31/20                                                            **By the court:**   Carlota M. Bohm
                                                                                        United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                      Case No. 17-24995-CMB
Van C. Jacobs                                                               Chapter 7
Phyllis E. Jacobs
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: culy              Page 1 of 5              Date Rcvd: Jan 31, 2020
                              Form ID: 318            Total Noticed: 139

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 02, 2020.
```
db/jdb         +Van C. Jacobs,    Phyllis E. Jacobs,   109 Braddock Road,    Smithfield, PA 15478-1202
cr             +The Bank Of New York Mellon,    Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,   Boca Raton, FL 33487-2853
cr             +The Bank of New York Mellon, the successor to JPMo,    RAS CRANE, LLC,
                 10700 ABBOTT'S BRIDGE ROAD, SUITE 170,   DULUTH, GA 30097-8461
14744588       +Aaron's Sales & Lease Ownership,    575 Morgantown Road,    Uniontown, PA 15401-5431
14744592        Allegheny General Hospital,    P.O. Box 644662,   Pittsburgh, PA 15264-4662
14744594        Ameripath Pittsburgh, PC,    P.O. Box 531029,   Atlanta, GA 30353-1029
14744595        Arrow Financial Services,    5996 West Touhy Avenue,    Niles, IL 60714-4610
14744597        Atlantic Broadband,    120 Southmont Boulevard,   Johnstown, PA 15905-4291
14744598       +Audio Service Plus,    Jenkins Service,    865 Morgantown Street,    Point Marion, PA 15474-1273
14744609      ++++CHRISTENSON TRANSPORTATION, INC.,    2301 W OLD ROUTE 66,    STRAFFORD MO 65757-7428
               (address filed with court: Christenson Transportation, Inc.,    2001 West Old Route 66,
                 Strafford, MO 65757)
14744602        Caliber Home Loans,    P.O. Box 24610,   Oklahoma City, OK 73124-0610
14744604       +Capital One Auto Finance,    9441 LBJ Freeway--Suite 350,    Dallas, TX 75243-4545
14744608       +Center Independent Oil Company,    407 Rowes Run Road,    Smock, PA 15480-1009
14744610       +Cintas,   P.O. Box 625737,    Cincinnati, OH 45262-5737
14744611       +Citgo Oil,    P.O. Box 6497,   Sioux Falls, SD 57117-6497
14744613       +Clar-Mac Sales,    200 Penn Street,   P.O. Box 157,    Point Marion, PA 15474-0157
14744614       +Collection Service Center, Inc.,    P.O. Box 2060,    Fairmont, WV 26555-2060
14744615       +Communications Recovery Bureau,    3770 East Desert Inn Road,    Suite 305,
                 Las Vegas, NV 89121-3339
14744617        CorEvolution,    7850 Runnfer Avenue,   Van Nuys, CA 91406
14744616       +Cordia Communications Corp.,    13275 West Colonial Drive,    Winter Garden, FL 34787-3984
14744619       +Creative Computer Concepts,    107 Morgantown Street,    Uniontown, PA 15401-4244
14744621       +Credit Collections, USA,    16 Distributor Drive--Suite 1,    Morgantown, WV 26501-0121
14744626       +Diversified Collections, Inc.,    1165 Garden Street,    P.O. Box 200,
                 Greensburg, PA 15601-0200
14744629       +Ethan & Assocaites,    399 Asbury Drive,    Mandeville, LA 70471-3461
14744630        Fayette Physician Network,    P.O. Box 371980,   Pittsburgh, PA 15250-7980
14744631       +Fayette Tire,    350 Pittsburgh Street,   Uniontown, PA 15401-2358
14744633        Foundation Radiology Group, PC,    75 Remittance Drive #3310,    Chicago, IL 60675-1001
14744637       +GNS, Inc.,    6452 Fig Street--Suite A,    Arvada, CO 80004-1060
14744638       +Guardian Protection Services,    174 Thorn Hill Road,    Warrendale, PA 15086-7528
14744639       +Hartford Insurance Co.,    One Hartford Plaza,   Hartford, CT 06155-0001
14744641       +Hunter's Truck Sales & Service,    519 Pittsburgh Road,    Butler, PA 16002-7693
14744642       +Imperial A.I. Credit Companies,    101 Hudson Street,    Jersey City, NJ 07302-3993
14744643       +Inland Empire Industrial Supply,    12741 Magnolia Avenue--Suite 100,    Riverside, CA 92503-4682
14744713       #+Joseph Yonko and Lolita Sharp,    135 Marie Drive,    Uniontown, PA 15401-9063
14744646        La Chapelle Credit Service, Inc.,    P.O. Box 1653,    Green Bay, WI 54305-1653
14744647       +Lamont, Hanley & Associates, Inc.,    1138 Elm Street,    Manchester, NH 03101-1531
14744649       +Lease Finance Group Div. CIT Financial,    7700 Equitable Drive--Suite 203,
                 Eden Prairie, MN 55344-3684
14744652       +M.T.S. Truck Repair,    P.O. Box 78,   Smithfield, PA 15478-0078
14744696        Mark J. Udren & Associates,    Woodcrest Corporate Center,    111 Woodcrest Road, Suite 200,
                 Cherry Hill, NJ 08003-3620
14744655       +Meyersdale Truck Service & Brokerage,    P.O. Box 91,    Meyersdale, PA 15552-0091
14744657       +Monongalia General Hospital,    1200 JD Anderson Drive,    Morgantown, WV 26505-3486
14744660        NCO Financial Systems, Inc.,    P.O. Box 41593,   Philadelphia, PA 19101-1593
14744659        NCO Financial Systems, Inc.,    P.O. Box 8148,   Philadelphia, PA 19101-8148
14755665       +National Capital Management, Inc.,    P.O. Box 12786,    Norfolk, VA 23541-0786
14744661       +Northern Tool + Equipment,    2800 Southcross Drive West,    Burnsville, MN 55306-6936
14744663       +Overall Supply, Inc.,    Lighting/Chemical Division,    823 East Gate Drive, Unit #2,
                 Mount Laurel, NJ 08054-1202
14744664       +Oxford Collection Service,    135 Maxess Road--Suite 2A,    Melville, NY 11747-3801
14744672      ++POS T VAC,    PO BOX 1436,   DODGE CITY KS 67801-1436
               (address filed with court: Pos-T-Vac,    4811 Technology Drive,    Augusta, GA 30907)
14755666       +PRA Receivables Management, Inc.,    P.O. Box 12914,    Norfolk, VA 23541-0914
14744666        Palmaris Imaging West Virginia,    P.O. Box 890772,    Charlotte, NC 28289-0772
14744667        Phillips & Cohen Associates,    Mail Stop: 760,    1002 Justison Street,
                 Wilmington, DE 19801-5148
14744668       +Physician Diagnostic Services, LLC,    P.O. Box 101475,    Atlanta, GA 30392-1475
14744669       +Pineview Gynecology,    1322 Pineview Drive,    Morgantown, WV 26505-0709
14744673       +Preferred Transportation Self-Insured,    770 Pilot Road--Suite 1,    Las Vegas, NV 89119-9008
14744674        Professional Anesthesia Services,    P.O. Box 1506,    Charleston, WV 25325-1506
14744675       +Professional Collectors,    220 East 8th Street,    Parkersburg, WV 26101-4615
14744678       +QuantumLink,    4380 Boulder Highway,   Las Vegas, NV 89121-3002
14744679       +Receivable Management Corporation,    P.O. Box 2471,    Woburn, MA 01888-0871
14744628       +Robert S. English, Jr., M.D.,    2160 Springhill Furnace Road,    Smithfield, PA 15478-1428
14744681        Rosnick's Collision Parts,    215 South Main Street,    Point Marion, PA 15474
14744682        Schneider National,    P.O. Box 1653,   Green Bay, WI 54305-1653
14744686       +Show Accounting & Tax Preparation Svcs.,    P.O. Box 89,    Hopwood, PA 15445-0089
```

```
District/off: 0315-2              User: culy                    Page 2 of 5                   Date Rcvd: Jan 31, 2020
                                  Form ID: 318                  Total Noticed: 139


14744687       SilverScript Insurance Company,    P.O. Box 94471,     Palatine, IL 60094-4471
14744689       Solomon and Solomon,    Columbia Circle,    P.O. Box 15019,    Albany, NY 12212-5019
14744690      +Southwestern Endoscopy Center,    300 Spring Creek Lane--Lower Level,    Uniontown, PA 15401-9069
14744692       Staples,   P.O. Box 6403,    Sioux Falls, SD 57117-6403
14776988      +Toyota Motor Credit Corporation,    P.O. Box 9013,    Addison, TX 75001-9013
14756120      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
14744695       Transport International Pool, Inc.,    161 North Clark Street,    Chicago, IL 60601-3206
14744697       Uniontown Hospital,    500 West Berkeley Street,    Uniontown, PA 15401-5596
14744698      +United Bank, Inc.,    2650 Grand Central Avenue,    Vienna, WV 26105-1353
14744699       United Collection Bureau, Inc.,    P.O. Box 140190,    Toledo, OH 43614-0190
14744700       Valentine & Kebartas,    P.O. Box 325,    Lawrence, MA 01842-0625
14744710      +Wex Fleet Fueling,    613 Bakertown Road,    Antioch, TN 37013-2657
14744711      +Wolpoff & Abramson,    Two Irvington Centre,    702 King Farm Boulevard,
                Rockville, MD 20850-5915
14744712      +Wright Express Corporation,    P.O. Box 639,    Portland, ME 04104-0639

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 01 2020 04:06:43      Pennsylvania Dept. of Revenue,
                Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                Harrisburg, PA 17128-0946
cr            +EDI: AISACG.COM Feb 01 2020 08:13:00      Capital One Auto Finance, a division of Capital On,
                4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
14744591       EDI: AFNIRECOVERY.COM Feb 01 2020 08:13:00      AFNI,    404 Brock Drive,    P.O. Box 3517,
                Bloomington, IL 61702-3517
14744593       EDI: PHINAMERI.COM Feb 01 2020 08:13:00      AmeriCredit Bankruptcy Department,
                P.O. Box 183853,    Arlington, TX 76096-3853
14744589      +E-mail/Text: jhill@arc1.biz Feb 01 2020 04:07:11      Account Resolution Corporation,
                700 Goddard Avenue,    Chesterfield, MO 63005-1100
14744596       EDI: ARSN.COM Feb 01 2020 08:13:00      Associated Recovery Systems,    P.O. Box 469046,
                Escondido, CA 92046-9046
14744599       E-mail/PDF: resurgentbknotifications@resurgent.com Feb 01 2020 04:11:02      B-Line, LLC,
                Mail Stop 550,    P.O. Box 91121,    Seattle, WA 98111-9221
14744600       EDI: HFC.COM Feb 01 2020 08:13:00      Beneficial,    P.O. Box 4153-K,
                Carol Stream, IL 60197-4153
14744601      +E-mail/Text: cmiller@cabrmc.com Feb 01 2020 04:07:48      CAB Collection Agency,
                P.O. Box 62889,    North Charleston, SC 29419-2889
14744603       EDI: CAPITALONE.COM Feb 01 2020 08:13:00      Capital One,    c/o TSYS Total Debt Management,
                P.O. Box 5155,    Norcross, GA 30091
14744607       EDI: CBCSI.COM Feb 01 2020 08:13:00      CBCS,    P.O. Box 163250,    Columbus, OH 43216-3250
14744676       EDI: CHASE.COM Feb 01 2020 08:13:00      Providian,    P.O. Box 660509,    Dallas, TX 75266-0509
15090029      +EDI: AISACG.COM Feb 01 2020 08:13:00      Capital One Auto Finance, a division of Capital On,
                P.O. Box 4360,    Houston, TX 77210-4360
14759240      +EDI: AISACG.COM Feb 01 2020 08:13:00      Capital One Auto Finance, c/o AIS Portfolio Servic,
                P.O. Box 4360,    Houston, TX 77210-4360
14744605       EDI: CAPITALONE.COM Feb 01 2020 08:13:00      Capital One, N.A.,
                by American InfoSource LP as agent,    P.O. Box 71083,    Charlotte, NC 28272-1083
14744606      +EDI: CBSAMERIMARK Feb 01 2020 08:13:00      Carol Wright Gifts,    1112 7th Avenue,
                Monroe, WI 53566-1364
14744612      +EDI: CITICORP.COM Feb 01 2020 08:13:00      Citi Card,    P.O. Box 6500,
                Sioux Falls, SD 57117-6500
14744618       EDI: CBS7AVE Feb 01 2020 08:13:00      Country Door Inspirations,    1112 7th Avenue,
                Monroe, WI 53566-1364
14744620      +EDI: CCS.COM Feb 01 2020 08:13:00      Credit Collection Services,
                Two Wells Avenue, Dept. 9133,    Newton, MA 02459-3225
14744622      +E-mail/Text: bdsupport@creditmanagementcompany.com Feb 01 2020 04:07:47
                Credit Management Company,    2121 Noblestown Road,    P.O. Box 16346,
                Pittsburgh, PA 15242-0346
14744623       EDI: CREDPROT.COM Feb 01 2020 08:13:00      Credit Protection Association,    P.O. Box 802068,
                Dallas, TX 75380-2068
14744625       EDI: ESSL.COM Feb 01 2020 08:13:00      Dish Network,    P.O. Box 94063,
                Palatine, IL 60094-4063
14744627      +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 01 2020 04:13:04
                East Bay Funding, LLC,    c/o Resurgent Capital Services,    P.O. Box 288,
                Greenville, SC 29602-0288
14778317      +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 01 2020 04:11:56
                East Bay Funding, LLC its successors and assigns,    as assignee of Roundup Funding L.L.C.,
                Resurgent Capital Services,    PO Box 288,    Greenville, SC 29602-0288
14744632       EDI: AMINFOFP.COM Feb 01 2020 08:13:00      First Premier Bank,    P.O. Box 5524,
                Sioux Falls, SD 57117-5524
14744635       EDI: CBS7AVE Feb 01 2020 08:13:00      Ginny’s,    1112 7th Avenue,    Monroe, WI 53566-1364
14744640      +EDI: HFC.COM Feb 01 2020 08:13:00      HSBC Card Services,    P.O. Box 80084,
                Salinas, CA 93912-0084
14744644       EDI: IRS.COM Feb 01 2020 08:13:00      Internal Revenue Service,    P.O. Box 7346,
                Philadelphia, PA 19101-7346
14744645       EDI: JEFFERSONCAP.COM Feb 01 2020 08:13:00      Jefferson Capital Systems,    P.O. Box 7999,
                Saint Cloud, MN 56302-9617
14744645       E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 01 2020 04:07:28      Jefferson Capital Systems,
                P.O. Box 7999,    Saint Cloud, MN 56302-9617
14744650      +EDI: LTDFINANCIAL.COM Feb 01 2020 08:13:00      LTD Financial Services,
                7322 Southwest Freeway, Suite 1600,    Houston, TX 77074-2134
```

```
District/off: 0315-2                  User: culy                    Page 3 of 5                    Date Rcvd: Jan 31, 2020
                                      Form ID: 318                  Total Noticed: 139


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14744651          E-mail/PDF: resurgentbknotifications@resurgent.com Feb 01 2020 04:13:03
                 LVNV Funding/Resurgent Capital,    P.O. Box 10587,    Greenville, SC 29603-0587
14779211          E-mail/PDF: MerrickBKNotifications@Resurgent.com Feb 01 2020 04:11:27      MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
14774657         +EDI: MID8.COM Feb 01 2020 08:13:00      MIDLAND FUNDING LLC,    PO BOX 2011,
                 Warren MI 48090-2011
14744653         +EDI: CBSMASON Feb 01 2020 08:13:00      Mason Easy-Pay,    1251 First Avenue,
                 Chippewa Falls, WI 54774-9998
14744654          E-mail/PDF: MerrickBKNotifications@Resurgent.com Feb 01 2020 04:10:40      Merrick Bank,
                 P.O. Box 9201,    Old Bethpage, NY 11804-9001
14744656          EDI: CBS7AVE Feb 01 2020 08:13:00      Midnight Velvet,    1112 7th Avenue,
                 Monroe, WI 53566-1364
14744662          EDI: HFC.COM Feb 01 2020 08:13:00      Orchard Bank,    HSBC Card Services,    P.O. Box 80084,
                 Salinas, CA 93912-0084
14744665          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 01 2020 04:06:43      PA Department of Revenue,
                 Bankruptcy Division,    P.O. Box 280946,    Harrisburg, PA 17128-0946
14744671          EDI: PRA.COM Feb 01 2020 08:13:00      Portfolio Recovery,    130 Corporate Boulevard,
                 Norfolk, VA 23502
14777627          EDI: PRA.COM Feb 01 2020 08:13:00      Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk, VA 23541
14750389          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 01 2020 04:06:43
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
15169865         +EDI: JEFFERSONCAP.COM Feb 01 2020 08:13:00      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
15169865         +E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 01 2020 04:07:28      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
14744677          E-mail/Text: bankruptcynotices@pch.com Feb 01 2020 04:06:08      Publishers Clearing House,
                 P.O. Box 26311,    Lehigh Valley, PA 18002-6311
14744680         +EDI: RMCB.COM Feb 01 2020 08:13:00      RMCB,    2260 South Saw Mill River Road, Bldg. 3,
                 Elmsford, NY 10523-3822
14744683          EDI: CBS7AVE Feb 01 2020 08:13:00      Seventh Avenue,    1112 7th Avenue,
                 Monroe, WI 53566-1364
14744684         +E-mail/Text: ECF@SHERMETA.COM Feb 01 2020 04:07:23      Shermeta Adams & Von Allmen,
                 P.O. Box 80908,    Rochester, MI 48308-0908
14744685          EDI: CBSAMERIMARK Feb 01 2020 08:13:00      Shop Now Pay Plan,    P.O. Box 2852,
                 Monroe, WI 53566-8052
14744688          E-mail/PDF: clerical@simmassociates.com Feb 01 2020 04:12:49      Simm Associates, Inc.,
                 P.O. Box 7526,    Newark, DE 19714-7526
14744691          EDI: WFNNB.COM Feb 01 2020 08:13:00      Spiegel/Comenity Bank,    P.O. Box 182125,
                 Columbus, OH 43218-2125
14779772         +EDI: CHRYSLER.COM Feb 01 2020 08:13:00      TD Auto Finance,    PO BOX 551080,
                 Jacksonville FL 32255-1080
14744694         +EDI: CHRYSLER.COM Feb 01 2020 08:13:00      TD Auto Finance,    P.O. Box 9223,
                 Farmington Hills, MI 48333-9223
14778235         +E-mail/Text: bncmail@w-legal.com Feb 01 2020 04:07:23      TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
14774171         +E-mail/Text: ECMBKMail@Caliberhomeloans.com Feb 01 2020 04:08:30
                 THE BANK OF NEW YORK MELLON,    c/o Caliber Home Loans,    13801 Wireless Way,
                 Oklahoma City OK 73134-2500
14744693          EDI: WTRRNBANK.COM Feb 01 2020 08:13:00      Target National Bank,    c/o Target Card Services,
                 P.O. Box 1581,    Minneapolis, MN 55440-1581
14744702         +E-mail/Text: ebn@vantagesourcing.com Feb 01 2020 04:07:50      Vantage Sourcing,    P.O. Box 6786,
                 Dothan, AL 36302-6786
14744703         +EDI: VERIZONCOMB.COM Feb 01 2020 08:13:00      Verizon,    Attn: Bankruptcy,
                 500 Technology Drive,    Weldon Spring, MO 63304-2225
14779650          EDI: AIS.COM Feb 01 2020 08:13:00      Verizon,    by American InfoSource LP as agent,
                 PO Box 248838,    Oklahoma City, OK  73124-8838
14744704          EDI: VERIZONCOMB.COM Feb 01 2020 08:13:00      Verizon Wireless Bankruptcy Admin.,
                 P.O. Box 3397,    Bloomington, IL 61702-3397
14744705         +E-mail/Text: bncmail@w-legal.com Feb 01 2020 04:07:23      Weinstein & Riley,
                 2001 Western Avenue--Suite 400,    Seattle, WA 98121-3132
14744706          EDI: WFFC.COM Feb 01 2020 08:13:00      Wells Fargo Card Services,    P.O. Box 10347,
                 Des Moines, IA 50306-0347
14744707          EDI: WESTASSET.COM Feb 01 2020 08:13:00      West Asset Management,    P.O. Box 790113,
                 Saint Louis, MO 63179-0113
14744708          EDI: WESTASSET.COM Feb 01 2020 08:13:00      West Asset Management, Inc.,    P.O. Box 105751,
                 Atlanta, GA 30348-5751
14744709          E-mail/Text: hbbankruptcynotices@wvumedicine.org Feb 01 2020 04:05:48
                 West Virginia University Hospitals,    Patient Accounting Office,    P.O. Box 1127,
                 Morgantown, WV 26507-1127
                                                                                              TOTAL: 65
```

```
District/off: 0315-2              User: culy                    Page 4 of 5              Date Rcvd: Jan 31, 2020
                                  Form ID: 318                  Total Noticed: 139
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Capital One Auto Finance
cr              The Bank Of New York Mellon et al
cr              Toyota Motor Credit Corporation
15145561*       West Virginia University Hospitals,   Patient Accounting Office,   P.O. Box 1127,
                  Morgantown, WV 26507-1127
14744590        ##Accounts Receivable Management, Inc.,   P.O. Box 129,   Thorofare, NJ 08086-0129
14744624        ##+Deily, Mooney & Glastetter,   8 Thurlow Terrace,   Albany, NY 12203-1006
14744636        ##Glenn Associates Md-Atlantic, Inc.,   P.O. Box 159,   Laurel, MD 20725-0159
14744648        ##Laurel Medical Imaging Associates,   122 Bitner Road,   Uniontown, PA 15401-6202
14744634        ##+Malcolm S. Gerald and Associates,   332 South Michigan Avenue--Suite 600,
                  Chicago, IL 60604-4318
14744658        ##+Morgantown Internal Medicine Group,   300 Wedgewood Drive,   Morgantown, WV 26505-2494
14744701        ##+Van Ru Credit Corporation,   P.O. Box 2751,   Des Plaines, IL 60017-2751
14744670        ##+Wayne H. Port, Esq.,   George, Port & George,   Suite One, 92 East Main Street,
                  Uniontown, PA 15401-3577
                                                                                         TOTALS: 3, * 1, ## 8
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2020                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 31, 2020 at the address(es) listed below:
          Charles O. Zebley, Jr.   on behalf of Debtor Van C. Jacobs COZ@Zeblaw.com, Lori@Zeblaw.com,
           Janet@Zeblaw.com
          Charles O. Zebley, Jr.   on behalf of Joint Debtor Phyllis E. Jacobs COZ@Zeblaw.com,
           Lori@Zeblaw.com,Janet@Zeblaw.com
          Daniel R. White   on behalf of Plaintiff Van C. Jacobs zmwchapter13@gmail.com,
           gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com
          Daniel R. White   on behalf of Joint Debtor Phyllis E. Jacobs zmwchapter13@gmail.com,
           gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com
          Daniel R. White   on behalf of Debtor Van C. Jacobs zmwchapter13@gmail.com,
           gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com
          Daniel R. White   on behalf of Plaintiff Phyllis E. Jacobs zmwchapter13@gmail.com,
           gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com
          James Warmbrodt    on behalf of Creditor   Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
          Jerome B. Blank    on behalf of Creditor   The Bank Of New York Mellon et al pawb@fedphe.com
          Jodi L. Hause    on behalf of Creditor   The Bank Of New York Mellon et al
           jodi.hause@phelanhallinan.com, pawb@fedphe.com
          Jodi L. Hause    on behalf of Creditor   The Bank of New York Mellon, the successor to JPMorgan
           Chase Bank, as Trustee for CIT Home Equity Loan Trust 2002-1 jodi.hause@phelanhallinan.com,
           pawb@fedphe.com
          Kevin M Buttery    on behalf of Creditor   The Bank Of New York Mellon kbuttery@rascrane.com
          Kevin M Buttery    on behalf of Creditor   The Bank Of New York Mellon et al kbuttery@rascrane.com
          Lauren Berschler Karl   on behalf of Creditor   The Bank Of New York Mellon lkarl@rascrane.com,
           lbkarl03@yahoo.com
```

```
District/off: 0315-2            User: culy              Page 5 of 5             Date Rcvd: Jan 31, 2020
                                Form ID: 318            Total Noticed: 139
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Laurence A. Mester    on behalf of Creditor    Capital One Auto Finance lmester@mesterschwartz.com, jschwartz@mesterschwartz.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Robert H. Slone, Trustee    robertslone223@gmail.com,    rslone@pulsenet.com;pa07@ecfcbis.com
          Sindi  Mncina    on behalf of Creditor    The Bank of New York Mellon, the successor to JPMorgan Chase Bank, as Trustee for CIT Home Equity Loan Trust 2002-1 smncina@rascrane.com
          Thomas  Song    on behalf of Creditor    The Bank Of New York Mellon et al pawb@fedphe.com
                                                                                    TOTAL: 18